# Index of Exhibits


| | | |
|---|---|---|
| Exhibit 1 | Table on Express Scripts' Auto-Refill Dispensing Practice for a Single 1-Year Maintenance Prescription, From At Least 2009 Through Late 2017/Early 2018 | Page 1 |
| Exhibit 2 | Consent Order Before the Board of Pharmacy of the State of Oregon, Dated April 7, 2016 | Page 2 |
| Exhibit 3 | Notice of Proposed Disciplinary Action Before Board of Pharmacy of the State of Oregon, Dated March 23, 2015 | Page 4 |
| Exhibit 4 | Summary of Online Complaints on Consumer Affairs | Page 7 |
| Exhibit 5 | Table on Express Scripts' Dispensing Practice for a Single 1-Year Maintenance Prescription, After Change in Auto-Refill Practice in Late 2017/Early 2018 | Page 9 |

# Exhibit 1

# EXHIBIT 1:

## Express Scripts' Auto-Refill Dispensing Practice for a Single 1-Year Maintenance Prescription, From At Least 2009 Through Late 2017/Early 2018

Note: Table assumes patient has valid 1-year prescription for a single maintenance drug with dosage of 1 pill/day and 90-day supply. Auto-refills occur every 60 days (67% of elapsed time of days-supply) with auto-refill clock "reset" after each dispensing event.

| Day | Calendar Day [2015] | # Fills ($17/ea) | # Auto Refills | Number Pills Sent Per Dispense | Ttl Pills Dispensed | Ttl Pills Used (1pill/day) | Ttl Excess Pills On Hand After Last Auto-Refill | Ttl. Pills Still Needed (1pill/day) | Ttl. Pills On Hand In Excess of Ttl. Pills Still Needed (1 yr. Rx) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jan 1 | 1 | 0 | 90 | 90 | 1 | 90 | 365 | - |
| 60 | Mar 1 | 2 | 1 | 90 | 180 | 60 | 120 | 305 | - |
| 120 | April 30 | 3 | 2 | 90 | 270 | 120 | 150 | 245 | - |
| 180 | June 29 | 4 | 3 | 90 | 360 | 180 | 180 | 185 | - |
| 240 | Aug 28 | 5 | 4 | 90* | 450 | 240 | 210 | 125 | 85 |
| 300 | Oct 27 | 6 | 5 | 90* | 540 | 300 | 240 | 65 | 175 |
| 360 | Dec 26 | 7 | 6 | 90* | 630 | 360 | 270 | 5 | 265 |
| 365 | Dec 31 | - | - | - | - | 365 | 265 | 0 | 265 |
| **Total** | | **7** ($119) | **6** | | **630 pills** | **365 pills** | **265 pills** | | **265 pills** (Approx. 9 Months Supply) |

*Requires renewed prescription approved by the prescriber to dispense, otherwise auto-refill exceeds the quantity of pills prescribed. Express Scripts automatically sought renewed prescriptions without patient consent.