# Exhibit 2

RECEIVED

APR 08 2016

OREGON BOARD OF PHARMACY

BEFORE THE BOARD OF PHARMACY
OF THE STATE OF OREGON

In the Matter of the
Drug Outlet Registration of

ESI MAIL PHARMACY SERVICE, INC dba:
EXPRESS SCRIPTS

Registrant

Case Nos. 2014-0259 and 2015-0091

CONSENT ORDER

WHEREAS, the Board of Pharmacy of the State of Oregon has filed Notices of Proposed Disciplinary Action; Answer Required ("Notices"), hereby incorporated by reference, regarding the registrant in the above-captioned matter; and

WHEREAS, the above-noted Notices were duly served on the registrant as required by law; and

WHEREAS, the parties are desirous of resolving and settling those matters contained in the above-noted Notices without further proceedings thereon; and

WHEREAS, the registrant is aware of the right to a hearing with the assistance of counsel and the right to judicial review of the Board's decision, and hereby freely and voluntarily waives those rights; and

WHEREAS, the registrant neither admits nor denies that the facts alleged in the above-noted Notices are true or that legal cause exists pursuant to ORS 689.405 and ORS 689.445 for disciplinary action and imposition of a civil penalty by the Board; and

WHEREAS, the registrant consents to the disciplinary action as set forth herein;

The Board finds that the allegations in the Notices are true and hereby:

1. The registrant shall pay the Board a civil penalty in the amount of $30,000 with $25,000 stayed with compliance with this Order. The $5,000 not stayed shall be paid within ten (10) days from the date this Order is final.

2. Registrant will submit a previously approved QA plan for addressing potential accumulation of refilled prescriptions which are refilled to soon. Quality Assurance Plan to include refill schedule approved by the Board to be submitted within ten days from the date this Consent Order becomes final. Registrant shall submit reports to verify compliance with the refill filling schedule as submitted and complete a random QA of 2% of auto refills for Oregon patients for a period of two (2) years.

3. For a period of two years, the registrant will conduct and submit a quarterly DUR QA evaluation using the follow parameters:

a. Random sample using the lesser of 20,000 or 2% of Oregon refills.

b. Report the descriptive positive predictive value (PPV) and negative predictive value (NPV) of automated DUR alerts of sample (2 x 2 report of true positive, true negatives, false positive, and false negatives) and submit quarterly reports. Quarterly report due dates will be determined once this Order is final.

c. Review of both automated alerts and manual profile review for prescriptions where no initial DUR alert fired.

4. Failure of the registrant to comply with the sanctions of this Consent Order may, after notice and hearing, result in further disciplinary action.

CONSENT

I hereby acknowledge that I am the authorized representative of registrant. On behalf of the registrant, I hereby acknowledge that I have read and understand the above-noted Notices and the terms of the Consent Order. I hereby acknowledge that I understand that the Consent Order with incorporated Notices are a public record and shall be available via the Board's online licensure verification; is available upon written request pursuant to public disclosure laws; and shall be reported to the National Practitioner Data Bank as required by federal law. I agree to the Board entering the Consent Order.

______________________________ 4/7/16
Authorized Representative Date
ESI MAIL PHARMACY SERVICE, INC dba
Express Scripts
Registrant (Reg. No. RP-0001199)
Express Scripts
Registrant (Reg. No. RP-0002073)

IT IS SO ORDERED.

BOARD OF PHARMACY
FOR THE STATE OF OREGON

______________________________ 4/8/16
Gary Miner, R.Ph. Date
Compliance Director