# Exhibit 4

# Summary of Online Complaints on Consumer Affairs

**Peggy of Akron, OH**
**Verified Reviewer**
Resolution response: Sept. 7, 2018
Original review: Sept. 6, 2018

I opted out of automatic refills because they were sending them so often I had enough to last me 9 months! They still send me prescriptions I had not yet ordered!

**Elaine of Pittsburgh, PA**
**Verified Reviewer**
Original review: May 17, 2017

Express Scripts sends refills too often. They do not wait the required days. This happens over and over. Our home looks like a pharmacy at times. We have removed ourselves from automatic refills and Express Scripts still sends automatic refills. They do not correctly keep track of refills. An American customer service rep agreed with me and changed the refill amount to the correct one. They have a foreign regular customer service call center. All reps are difficult to understand. Most reps have a hard time understanding what I am saying. It appears that their internet customer service is in St. Louis.

Express Scripts will say anything to get you off of the phone. Express Scripts always blames the doctor for not responding to refill requests. When I call my doctor's office, they tell me they have replied to Express Scripts days ago. When I price shop, I find I can get the same prescriptions filled at a local grocery store with a cheaper copay and cheaper insurance cost than some of the prescriptions I receive from Express Scripts.

**Kim of Jacksonville, NC**
**Verified Reviewer**
Original review: May 12, 2016

Express Scripts NEVER gets orders correct. Over the years that we have been forced to use them by Tricare, they have been the single worst company that I've ever dealt with. Here's the short list of the most frequent issues: 1. Sends you the wrong medication, often times repeatedly (and yes, you are still expected to pay for it); 2. Sends your medication LATE; 3. Will not honor your request to stop sending medication; 4. Double fills your medication then takes no responsibility and STILL charges you; 5. Incompetent customer service reps who literally tell you different things every time you call; 6. Bombards your doctor's office with requests for medications; 7. Fills OLD prescriptions that are not valid.

The most recent incident was just 5/9/16, I called in to have a prescription sent to me and asked if they were sending my Diabetic test strips. They informed me that they never filled those and that I filled it last on base. I said "ok, I'll go pick it up there tomorrow." Today, I got a bill from Express Scripts and called to find out why. They filled the same prescription that I got on base after telling me they didn't! It's now "on its way" and I am responsible for the co-pay. I will now

have two sets of the same prescription. This seems like a serious safety issue, especially if someone abuses medication.

When I asked the supervisor, Sherry, if she thought this was reasonable she said, "I can't comment on that." Seriously?! I brought up the safety issue to her and she was not phased. She essentially said, "oh well". I have asked that they do not send me any medication at any time for any reason. I'm sure they will not honor that. I HATE this company and cannot believe that military members are forced to use them for maintenance medications. Their actions are at best negligent and at worst criminal.