# Exhibit 5

# EXHIBIT 5:

## Express Scripts' Dispensing Practice for a Single 1-Year Maintenance Prescription, After Change in Auto-Refill Practice in Late 2017/Early 2018

Note: Table assumes patient has valid 1-year prescription for a single maintenance drug with dosage of 1 pill/day and 90-day supply. First Auto-refill occurs at day 60 (67% of elapsed time of days-supply), then every 90-days thereafter.

| Day | Calendar Day [2018] | # Fills ($17/ea) | # Auto Refills | Number Pills Sent Per Dispense | Ttl Pills Dispensed | Ttl Pills Used (1/day) | Ttl Excess Pills On Hand After Last Auto-Refill | Ttl. Pills Still Needed (1pill/day) | Ttl. Pills On Hand In Excess of Ttl. Pills Still Needed (1 yr. Rx) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Jan 1 | 1 | 0 | 90 | 90 | 1 | 90 | 365 | - |
| 60 | Mar 1 | 2 | 1 | 90 | 180 | 60 | 120 | 305 | - |
| 150 | May 30 | 3 | 2 | 90 | 270 | 150 | 120 | 215 | - |
| 240 | Aug 28 | 4 | 3 | 90 | 360 | 240 | 120 | 125 | |
| 330 | Nov 26 | 5 | 4 | 5* | 365 | 330 | 35 | 35 | |
| 365 | Dec 31 | - | - | - | - | 365 | 0 | 0 | |
| **Total** | | **5 ($85)** | **4** | | **365 pills** | **365 pills** | **0 pills** | | **0 pills** |

*Assumes new prescription not obtained.