**MORGAN, LEWIS & BOCKIUS LLP**
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Tel:   +1.213.612.7378
Fax:  +1.213.612.2501

Eric W. Sitarchuk, PA Bar No. 39082 (*pro hac vice*)
eric.sitarchuk@morganlewis.com
Ryan P. McCarthy, PA Bar No. 206961 (*pro hac vice*)
ryan.mccarthy@morganlewis.com
Jaclyn U. Whittaker, PA Bar No. 316282 (*pro hac vice*)
jaclyn.whittaker@morganlewis.com
1701 Market St.
Philadelphia, PA 19103-2921
Tel:   +1.215.963.5000
Fax:  +1.215.963.5001

Attorneys for Defendants
Express Scripts Holding Co. and
Express Scripts, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* 3729 LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>EXPRESS SCRIPTS HOLDING CO. and EXPRESS SCRIPTS, INC.<br><br>Defendants. | Case No. 3:19-cv-01199-TWR-WVG<br><br>**DEFENDANTS EXPRESS SCRIPTS HOLDING CO. AND EXPRESS SCRIPTS, INC.'S NOTICE OF MOTION TO DISMISS**<br><br>*Filed concurrently with Defendants' Memorandum of Points and Authorities in Support, Motion to File Document Under Seal, and Request for Judicial Notice and Incorporation by Reference*<br><br>Hon. Todd W. Robinson |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 2, 2023, at 1:30 p.m., before the Honorable Todd W. Robinson in Courtroom 3A of the above-entitled Court, located at 221 W. Broadway, San Diego, California, Defendants Express Scripts Holding Co. and Express Scripts, Inc. ("Defendants") will move, and hereby do move, the Court for an Order dismissing with prejudice the Complaint filed by Plaintiff-Relator 3729 LLC ("3729 LLC"). This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in Support of the Motion, Defendants' Motion to File Document Under Seal in Support of Their Motion to Dismiss, Defendants' Request for Judicial Notice and Incorporation by Reference, any other matters of which the Court takes judicial notice, and any argument the Court may entertain at any hearing on this matter.

This Motion to Dismiss is made pursuant to the False Claims Act's public disclosure bar and Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Complaint fails to state a claim upon which relief can be granted and fails to sufficiently plead fraud with particularity. As set forth in Defendants' Memorandum of Law, 3729 LLC's claim is barred by the public disclosure bar, and, furthermore, fails to state a legally cognizable claim. Because the Complaint fails as a matter of law and its defects cannot be cured by amendment, Defendants respectfully ask the Court to dismiss the Complaint with prejudice.

| | |
|---|---|
| Dated: December 15, 2022 | Respectfully submitted,<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br><br>By: _____/s/ Joseph Duffy_____<br><br>Joseph Duffy, Bar No. 241854<br>joseph.duffy@morganlewis.com<br>300 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071<br>Tel:     +1.213.612.7378<br>Fax:    +1.213.612.2501<br><br>Attorney for Defendants<br>Express Scripts Holding Co. and<br>Express Scripts, Inc. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 15, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

                                                  */s/ Joseph Duffy*
                                                  Joseph Duffy