**MORGAN, LEWIS & BOCKIUS LLP**
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Tel:   +1.213.612.7378
Fax:  +1.213.612.2501

Eric W. Sitarchuk, PA Bar No. 39082 (*pro hac vice*)
eric.sitarchuk@morganlewis.com
Ryan P. McCarthy, PA Bar No. 206961 (*pro hac vice*)
ryan.mccarthy@morganlewis.com
Jaclyn U. Whittaker, PA Bar No. 316282 (*pro hac vice*)
jaclyn.whittaker@morganlewis.com
1701 Market St.
Philadelphia, PA 19103-2921
Tel:   +1.215.963.5000
Fax:  +1.215.963.5001

Attorneys for Defendants
Express Scripts Holding Co. and
Express Scripts, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* 3729 LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>EXPRESS SCRIPTS HOLDING CO. and EXPRESS SCRIPTS, INC.<br><br>  Defendants. | Case No. 3:19-cv-01199-TWR-WVG<br><br>**DEFENDANTS EXPRESS SCRIPTS HOLDING CO. AND EXPRESS SCRIPTS, INC.'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**<br><br>*Filed concurrently with Defendants' Motion to File Document Under Seal and Defendants' Motion to Dismiss* |

1
2
3    Hearing Date: Mar. 2, 2023, 1:30 PM
4    NO ORAL ARGUMENT UNLESS
5    REQUESTED BY THE COURT
6    Hon. Todd W. Robinson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that Defendants Express Scripts Holding Co. and Express Scripts, Inc. ("ESI" and collectively "Defendants") hereby request the Court to take judicial notice of and/or incorporate by reference the following documents in support of Defendants' Motion to Dismiss pursuant to the False Claims Act's public disclosure bar and Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Plaintiff-Relator 3729, LLC's ("3729 LLC") Complaint fails to state a claim upon which relief can be granted and fails to sufficiently plead fraud with particularity.

## I. The Court Should Grant Defendants' Request for Judicial Notice and Incorporation By Reference

Defendants request that the Court take judicial notice of and/or incorporate by reference the documents attached hereto as Exhibits A-H pursuant to Rule 201 of the Federal Rules of Evidence and the incorporation by reference doctrine. Federal Rule of Evidence 201 authorizes courts to take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and reliably determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice is mandatory "if a party requests it and the court is supplied with the necessary information," and such notice may be taken "at any stage of the proceeding." Fed. R. Evid. 201(c)(2) & (d). In addition, under the incorporation by reference doctrine, courts may consider documents that a plaintiff extensively refers to in its complaint or that form the basis of the plaintiff's claim. *Steinle v. City & Cnty. of San Francisco*, 919 F.3d 1154, 1163 (9th Cir. 2019).

Here, incorporation by reference is proper for Exhibits A, B, C, and H because 3729 LLC references these documents in the Complaint and bases its claims and allegations

upon them, yet it fails to the attach them. Specifically, Exhibits A, B, and C are excerpts[1] of the contracts that Relator 3729 LLC repeatedly references throughout the Complaint pursuant to which ESI administered the TRICARE mail order pharmacy program. *See* Complaint ¶¶ 1, 24, 34-35, 45, 76, 127. Exhibit H is a Department of Defense Inspector General ("DoD IG") Report that the Relator cites and discusses extensively in, but does not attach to, its Complaint. *See* Compl. ¶¶ 94-105. Accordingly, it is appropriate for Defendants to attach these documents to their Motion to Dismiss and for this Court to consider them. *United States v. Corinthian Colls.*, 655 F.3d 984, 999 (9th Cir. 2011) (documents not physically attached to the complaint may nonetheless be considered by the court on a 12(b)(6) motion to dismiss if the complaint refers to and relies upon those documents, they are authentic, and they are central to plaintiff's claim). Exhibit H is also independently subject to judicial notice as an administrative report. *See United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003).

Judicial notice of Exhibits D, F, and G is appropriate because they form the basis of Defendants' public disclosure bar argument. Further, Exhibit D is a news article and Exhibit G, a 2017 DoD IG Report, is a public record. *United States v. Safran Grp., S.A.*, No. 15-CV-00746-LHK, 2017 WL 235197, at *1 n.1 (N.D. Cal. Jan. 19, 2017) (taking judicial notice of matters of public record and dismissing complaint under public disclosure bar); *United States ex rel. Guzman v. Insys Therapeutic, Inc.*, No. 2:13-cv-05861-JLS-AJW, 2021 WL 4306020, at *3 (C.D. Cal. May 19, 2021) (taking judicial notice of news articles to determine "whether, and when, the factual allegations" underlying FCA

---

[1] Pursuant to Section III.A.3 of the Court's Standing Order for Civil Cases, Defendants include only excerpts of this and the other contracts (which are collectively over 1,100 pages) cited herein, specifically excerpting only the pages Defendants have cited. Defendants will provide non-excerpted copies should this Court request that they do so.

complaint were publicly disclosed and dismissing complaint under public disclosure bar).

Judicial notice of Exhibit E is appropriate because it is an official copy of the registration for 3729 LLC from the Delaware Division of Corporate Entities and, therefore, a public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) ("under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record'") (citation omitted); *United States ex rel. Doe v. Janssen Pharm. N.V.*, No. CV 16-06997-RGK-RAO, 2018 WL 5276291, at *3 & n.3 (C.D. Cal. Apr. 19, 2018) (taking judicial notice of LLC's registration documents filed with the Delaware Secretary of State in FCA action).

## II. Description of Documents

1. Attached to this declaration as Exhibit A is a true and correct copy of excerpts of the TRICARE Pharmacy Program Services Contract (TPharm2) with effective date June 27, 2008.

2. Attached to this declaration as Exhibit B is a true and correct copy of excerpts of the TRICARE Pharmacy Program Services Contract (TPharm4) with effective date May 1, 2014.

3. Attached to this declaration as Exhibit C is a true and correct copy of excerpts of the TRICARE Pharmacy Program Services Contract (TPharm5) awarded August 6, 2021.

4. Attached to this declaration as Exhibit D is a true and correct copy of the *Army Times* article titled "DoD: Mail-order meds program may waste money."

5. Attached to this declaration as Exhibit E is a true and correct copy of the entity details for 3729, LLC from the Delaware Division of Corporations' Entity Search.

6. Attached to this declaration as Exhibit F is a true and correct copy, filed under seal, of an email correspondence between DHA and ESI regarding the *Army Times* article.

7. Attached to this declaration as Exhibit G is a true and correct copy of the DoD IG's Report No. DODIG-2018-033 titled "Defense Health Agency Controls Over High-Risk Pharmaceutical Payments."

8. Attached to this declaration as Exhibit H is a true and correct except of the DoD IG's Report No. DODIG-2013-108 titled "The TRICARE Mail Order Pharmacy Program Was Cost Efficient and Adequate Dispensing Controls Were in Place."

### III. Conclusion

Defendants respectfully request that the Court take judicial notice of and/or incorporate by reference Exhibits A through H attached hereto in support of Defendants' Motion to Dismiss.

Dated: December 15, 2022

Respectfully submitted,
**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Joseph Duffy*

Joseph Duffy, Bar No. XXXX
joseph.duffy@morganlewis.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Tel:   +1.213.612.7378
Fax:   +1.213.612.2501

Attorney for Defendants
Express Scripts Holding Co. and Express Scripts, Inc.

| Exhibit | Page No. |
|---------|----------|
| A | 01 |
| B | 06 |
| C | 16 |
| D | 23 |
| E | 24 |
| F | 25 |
| G | 33 |
| H | 65 |