# Exhibit A

| AWARD / CONTRACT | 1. This Contract is a rated order under DPAS 9 (15 CFR 700) | Rating C9 | Page 1 | of Pages 85 |
|---|---|---|---|---|
| 2. Contract (Proc., Inst., Ident.) No. H9400208C0003 | 3. Effective Date Jun 27, 2008 | 4. Requisition / Purchase Request / Project No. See Schedule | | |

| 5. Issued By Code H94002 | 6. Administered By (if other than item) Code CMB |
|---|---|
| DEPARTMENT OF DEFENSE<br>TRICARE MANAGEMENT ACTIVITY/AM&S<br>16401 E. CENTRETECH PARKWAY<br>AURORA, CO 80011-9066<br>CHARLES R. BROWN K25 303-676-3652<br>None | DEPARTMENT OF DEFENSE<br>TRICARE MANAGEMENT ACTIVITY/CMB<br>16401 E. CENTRETECH PKWY<br>AURORA, CO 80011-9066 |

| 7. Name and address of Contractor (No., Street, City, state and Zip Code) | | 8. Delivery |
|---|---|---|
| EXPRESS SCRIPTS, INC.<br>ONE EXPRESS WAY<br>ST LOUIS MO 63121 | Vendor ID: 00000276<br>DUNS: 173490459<br>CEC:<br>Cage Code: 1WPW1<br>TIN: 431420563 | ☐ FOB Origin   ☐ Other (See below)<br>9. Discount for prompt payment<br>Net 30<br>10. SUBMIT INVOICES  Item<br>(4 copies unless other-<br>wise specified) Address<br>shown in: |

| Code | Facility Code | |
|---|---|---|
| 11. Ship To / Mark For Code H94002 | 12. Payment will be made by Code CRM |
| DEPARTMENT OF DEFENSE<br>TRICARE MANAGEMENT ACTIVITY/AM&S<br>16401 E. CENTRETECH PARKWAY<br>AURORA, CO 80011-9066 | DEPARTMENT OF DEFENSE<br>TRICARE MANAGEMENT ACTIVITY (CRM)<br>16401 E. CENTRETECH PARKWAY<br>AURORA, CO 80011-9066 |

| 13. Authority for using other than full and open competition | 14. Accounting and Appropriation Data |
|---|---|
| ☐ 10 U.S.C 2304C)( )   ☐ 41 U.S.C. 253 (C)( ) | See Section G.99 |

| 15A ITEM NO. | 15B SUPPLIES/SERVICES | 15C QUANTITY | 15D UNIT | 15E UNIT PRICE | 15F AMOUNT |
|---|---|---|---|---|---|
| | This Contract is for TRICARE Pharmacy Program Services (TPharm). The Total Estimated Value of Awarded CLINs, Including Base Period and All Un-exercised Options (including Highest Phase-Out) is $2,789,723,926. Excludes Pharmaceutical Costs. | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT | $ |

16. Table of Contents

| (x) | Sec. | Description | Pages | (x) | Sec. | Description | Pages |
|---|---|---|---|---|---|---|---|
| | | Part I – The Schedule | | | | Part II – Contract Clauses | |
| X | A | Solicitation/Contract | 1-1 | X | I | Contracts Clauses | 77-84 |
| X | B | Supplies or Services and Prices/Cost | 2-22 | | | Part III –List of Documents, Exhibits and other attach. | |
| X | C | Description/Specs/Work Statement | 23-43 | X | J | List of Attachments | 85-85 |
| X | D | Packaging and Marking | 44-44 | | | Part IV – Representations and Instructions | |
| X | E | Inspection and Acceptance | 45-45 | X | K | Representations, Certifications and other statements of Offerors | |
| X | F | Deliveries or Performance | 46-51 | | | | |
| X | G | Contract Administration Data | 52-64 | X | L | Instrs., Conds, and Notices to Offerors | |
| X | H | Special Contract Requirements | 65-76 | X | M | Evaluation factors for Award | |

Contracting Officer will complete item 17 or 18 as applicable

| 17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligation of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attached are listed herein.) | 18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation number _____ including the additions or changes made by you which additions or changes are set forth above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. Name and Title of Signer (Type or Print)<br>Edward B. Ignaczak<br>Executive VP Sales & Marketing | 20A. Name of Contracting Officer<br>CHARLES R. BROWN 303-676-3652 |
| 19B. Name of Contractor Express Scripts<br>(Signature of person authorized to sign) | 19C. Date Signed 6/30/2008 | 20B. United States of America<br>By _____ (Signature of Contracting Officer) | 20C. Date Signed JUL 1 2008 |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA – FAR (48 CFR) 53.214 (a)

EXHIBIT A - Page 1

SECTION C
DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

**C.2.1.** Uniformly, consistently, and equitably provide a prescription drug benefit to meet patients' clinical needs in an effective, efficient, and fiscally responsible manner.

**C.2.2.** Influence beneficiaries and prescribers to increase utilization of the mail order pharmacy.

**C.2.3.** Promote patient safety through the utilization of best commercial practice.

**C.2.4.** Establish and maintain a high level of beneficiary satisfaction.

**C.2.5.** Use a cost-effective management approach to provide the necessary services, incorporating commercial practices consistent with the requirements of the contract.

**C.3. GOVERNMENT-FURNISHED PROPERTY AND SERVICES**

**C.3.1.** The contractor shall provide the inventory of pharmaceutical agents for the Mail Order Pharmacy (MOP) for dispensing to TRICARE beneficiaries. The contractor shall replenish pharmaceutical agents dispensed to TRICARE beneficiaries by using the Managed Care Pricing File (MCPF) to obtain pharmaceuticals from a Defense Supply Center Philadelphia (DSCP) contracted National Prime Vendor (NPV). DSCP compiles the MCPF from Federal Supply Schedules (FSS), Distribution and Pricing Agreements (DAPA), joint Department of Defense/Department of Veterans Affairs (DoD/DVA) national contracts, DoD contracts, and Blanket Purchase Agreements (BPA). The contractor shall use the MCPF to identify, select, and price orders from the DSCP NPV for products in package sizes that are most economical to the Government. Orders shall be rounded down to the nearest whole package size of product needed to replenish product dispensed through the MOP. The pharmaceuticals or products will be shipped to the contractor's MOP. DSCP is responsible for reimbursement of the NPV.

**C.3.1.1.** Prior to the beginning of the first option period, by a date mutually agreed upon during the post award meeting, and during each successive exercised option period within 60 days of Contracting Officer notification, the contractor will submit a baseline listing of multi-source generic or branded products by 11 digit National Drug Code (NDC) for Contracting Officer approval. Each baseline listing will identify the therapeutically equivalent NDC that is the most economical to the Government, and will be dispensed for each product whenever substitution is permitted by the prescriber. Following the start of Option Period 1, the contractor shall continuously monitor product availability and pricing of all products to provide recommendations to the Government for the most cost-effective agents to be dispensed through the MOP. The contractor shall identify the recommended change by 11 digit NDC for Government approval and the anticipated annual savings to the Government based on current utilization trends. The Contracting Officer may direct the contractor to make additional changes due to: 1) significant changes in drug prices, 2) the Government's award of a pharmaceutical procurement contract, or 3) other circumstances that necessitate a change. Authorization for switches must be obtained from the Contracting Officer or Contracting Officer's Representative (COR) in writing. The contractor shall complete each NDC change not later than thirty calendar days after being notified by the Government. The contractor shall submit a written request for extension to the COR within ten days of receiving initial notification if the NDC change is expected to take longer than thirty calendar days. The request shall state the date the NDC change will be made and include the rationale for the extension. The contractor shall attempt to deplete current prime vendor inventory prior to implementing the NDC change.

**C.3.1.2.** The contractor shall track and report volume of dispensed pharmaceutical agents, replenishment pharmaceutical agents ordered and received from the NPV, and provide auditable reconciliation reporting by 11 digit NDC number, in accordance with Section F.3.3.6.

**C.3.1.3.** The contractor shall not deviate from the procedures described above when ordering products from the DSCP NPV without prior written authorization from the Contracting Officer or COR. Requests to do so shall include the 11 digit NDC number, nomenclature of the product(s), package size, anticipated purchase quantity, unit cost per package, and anticipated total cost of the order for both the requested product and the product it will replace.

H94002-08-C-0003

SECTION C
DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

**C.3.1.4.** In limited cases, the contractor may be required to order certain pharmaceutical agents and supplies through the NPV to be drop shipped directly from the manufacturer to the TPharm contractor. The quantities ordered shall not exceed the amount to be dispensed.

**C.3.1.5.** In limited cases, the contractor may be required to order pharmaceutical agents and supplies from commercial sources other than the NPV, when not available from the NPV. The contractor shall only proceed in this manner with the written approval of the Contracting Officer. The Government will reimburse the contractor for these items in accordance with Section G.11.

**C.3.1.6.** The contractor shall enter/acknowledge the item quantity received for all purchase orders placed with the Prime Vendor in a DoD directed database/system/or webpage within two business days of the product being delivered to the contractor's facility. The contractor, by performing the quantity receipt acknowledgement process, will not be responsible for the cost of the product received from the DSCP to the extent that receipts represent replenishment of authorized quantities dispensed at the MOP.

**C.3.2.** The contractor shall use Pharmacy Data Transaction Service (PDTS) for automated concurrent drug utilization review. Connectivity to PDTS is described in the Interface Control Document (ICD) incorporated at Section C.4.3. Physical connectivity will be accomplished via a contractor-provided, dedicated, high-speed data link, e.g., a T1/T3 line.

**C.3.3.** The Government will provide licenses for the contractor to access and use SelectRx (PDTS' proprietary helpdesk tool), General Inquiry to DEERS (GIQD), CC&D website, and Other Health Insurance Standard Insurance Table (OHI/SIT).

**C.3.4.** The contractor shall connect to the Defense Enrollment Eligibility Reporting System (DEERS) to verify eligibility, update the Catastrophic Cap and Deductible Database (CCDD) file, and check for Other Health Insurance (OHI). Connectivity to DEERS shall be in accordance with the TRICARE Systems Manual.

**C.3.5.** The Government will provide prior authorization criteria for pharmaceuticals that require prior authorization (PA) and medical necessity (MN) criteria for pharmaceutical agents designated as non-formulary by the DoD. The contractor shall design the PA and MN forms and incorporate its best business practices. These forms shall be provided by the contractor and approved by the Government.

**C.3.6.** The Government will provide a beneficiary zip code file on a monthly basis identifying the number of beneficiaries residing in each zip code for evaluating and reporting on compliance with network access standards.

**C.3.7.** On a quarterly basis, the Government will provide a file of newly eligible beneficiaries to the contractor to support the educational requirements specified at C.5.12.2.3.

**C.4. REQUIREMENT DOCUMENTS**

**C.4.1. Statutory Requirements.** 10 U.S.C. § 1074g, 38 U.S.C. § 8126 (Veterans Health Care Act of 1992), 32 C.F.R. 199, and 45 C.F.R. 160 and 164 (security and privacy standards, requirements and implementation specifications) are incorporated by reference and made a part of the contract.

**C.4.2. TRICARE Manuals.** Additionally, the following TRICARE manuals are incorporated by reference:

- **TRICARE Policy Manual (TPM) 6010.57-M dated February 1, 2008**
- **TRICARE Reimbursement Manual (TRM) 6010.58-M dated February 1, 2008**
- **TRICARE Systems Manual (TSM) 7950.2-M dated February 1, 2008**
- **TRICARE Operations Manual (TOM) 6010.56-M dated February 1, 2008**

H94002-08-C-0003

Page - 25

EXHIBIT A - Page 3

Confidential/FOIA Exempt

ESI_TRICARE_000000273

SECTION C
DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

### C.5.10. Information Technology.

**C.5.10.1.** In addition to Government data requirements specified herein and in Section F, the contractor shall provide the Government read-only access to the contractor's system that stores TRICARE claims system data to facilitate Government beneficiary service support. This database is to include claim information for the following: retail network pharmacies, member submitted paper claims, clearinghouse and State Medicaid agency submitted claims, specialty pharmacy claims, mail order claims, and prior authorization and medical necessity approvals/denials. Access will be provided for a minimum of 20 Government personnel, specified by the Contracting Officer, through a web-based tool beginning not later than the start of Option Period 1 and continue through contract closeout. ███████████████████████████████████████████████████

**C.5.10.2.** The contractor shall transmit and receive messaging with retail pharmacies and PDTS using NCPDP Version 5.1 (or most current version) compliant systems. The contractor shall implement future NCPDP versions as coordinated with PDTS.

**C.5.10.3.** The contractor shall verify eligibility, check for OHI, check and update the CCDD file with DEERS in accordance with the TRICARE Systems Manual.

**C.5.10.4.** The contractor shall execute a Memorandum of Understanding and Data Use Agreement with the Defense Manpower Data Center (DMDC) to receive quarterly beneficiary address updates.

**C.5.10.5.** TED Submittal and Requirements. The contractor shall submit a TRICARE Encounter Data (TED) record for each prescription claim and each Specialty Pharmacy Services claim processed to completion, and for each completed Prior Authorization and Medical Necessity Review in accordance with TSM, Chapter 2, and the TOM, Chapter 1. Adjustments, cancellations, or corrections to clear edit errors to the TED records shall be made as required to ensure financial transactions are complete and correctly recorded in TED records by fiscal year and by bank account (i.e., Medicare Dual eligible or TRICARE only) for retail, mail order, and specialty pharmacy claims. Adjustments made to TED records must not create any inaccuracies in the PDTS record of the prescription claims.

**C.5.10.6.** The contractor shall develop a Continuity of Operations Plan in accordance with the TSM, Chapter 1, Section 1.1. The plan shall be written to meet or exceed the performance standards listed in C.5.18.

### C.5.11. INFORMATION ASSURANCE

**C.5.11.1.** System Security. The Contractor shall acquire, develop and maintain the DoD Information Assurance Certification and Accreditation Process (DIACAP) documentation to ensure both initial and continued DIACAP Certification and Accreditation (C&A) for all contractor systems/networks processing or accessing Government sensitive information (SI) as required by TSM, Chapter 1, Section 1.1. (See DODI 8510bb (DRAFT). The Contractor shall cooperate with and assist the Government's (MHS) DIACAP C&A Team during all phases of the C&A process by providing documentation in accordance with the MHS DIACAP C&A team schedule. The Contractor shall also implement processes that meet the requirements of the TSM, Chapter 1, Section 1.1 to ensure at least a MAC III Sensitive level of security protection for systems/networks that process MHS SI information under this contract. DIACAP certification generally takes 6 to 9 months to achieve and the Contractor shall plan the certification activity that results, at a minimum, in an Interim Authority To Operate (IATO) prior to accessing DoD data or interconnectivity with the Government systems and testing. (See DoD 8500.2 (Information Assurance Implementation) and DoD 5200.40.)

**C.5.11.2.** The Contractor shall comply with DoD Information Assurance (DoD Directive 8500.01E), MAC III, Sensitive Requirements found in DoD Information Assurance Implementation (DoD Instruction 8500.2), Privacy Act Program Requirements (DoD 5400.11), Personnel Security Program (DoD 5200.2-R) and the MHS AIS Security Policy Manual. The Contractor shall also comply with OMB M-06-16, Protection of

SECTION C
DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

days of the meeting between TMA/C&CS and the contractor. The content of the MOU will be coordinated with the Contracting Officer's Representative prior to execution.

**C.5.12.4.** The contractor shall participate in the TRICARE Marketing and Education Oversight Committee (MEC) meetings as a non-voting member. The role of the MEC is to support the achievements of a uniform image and consistency in the provision of TRICARE program information. The MEC includes representatives from TMA, the Services, Regional Directors, and TRICARE contractors. The contractor shall provide one representative for attendance and participation in MEC meetings held quarterly in the DC area. Meetings may, at the contractor's option, be attended via teleconference, video telecommunications, or in person.

**C.5.13. Management.** The contractor shall ensure that its staff and subcontractors (if any) are thoroughly trained and knowledgeable regarding the requirements of this contract. The contractor shall provide to the Contracting Officer an updated management organization chart identifying key personnel at contract award and at the time of any change of key personnel or management structure.

**C.5.14. Contract Review Requirements.**

**C.5.14.1.** The contractor shall support Government claims review requirements and efforts in accordance with Section H.3.

**C.5.14.2.** The contractor shall develop a Monitoring and Auditing Work plan that includes, but is not limited to:

Implementation of an effective method for fraud, waste and abuse prevention and detection utilizing an automated data analysis tool (TOM Chapter 13). Examples of audits that shall be included, but are not limited to, are:

> Inappropriate billing practices: Inappropriate billing practices at the pharmacy level occur when pharmacies engage in the following types of billing practices:
> - Incorrectly billing for secondary payers to receive increased reimbursement.
> - Billing for NDCs that were not dispensed.
> - Billing for incorrect quantity or days supply.
> - Billing for non-existent prescriptions.
> - Billing multiple payers for the same prescriptions, except as required for coordination of benefit transactions.
> - Billing for brand when generics are dispensed.
> - Billing for prescriptions that are never picked up (i.e., not reversing claims that are processed when prescriptions are filled but never picked up).
> - Inappropriate use of dispense as written ("DAW") codes.
> - Prescription splitting to receive additional dispensing fees.
> - Drug diversion.

Data analysis should include the comparison of claim information against other data (e.g., provider, drug provided, diagnoses, or beneficiaries) to identify potential errors and/or potential fraud. An automated review of 100% of all new claims will be accomplished daily.

Data analysis shall include but are not limited to:

> - Establish baseline data to enable TRICARE to recognize unusual trends, changes in drug utilization over time, physician referral or prescription patterns, and plan formulary composition over time;
> - Analyze claims data to identify potential errors, inaccurate TrOOP accounting, and provider billing practices and services that pose the greatest risk for potential fraud, waste and abuse to the TRICARE program;

H94002-08-C-0003