# Exhibit B

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING C-9 | PAGE OF PAGES 1 / 125 |
|---|---|---|---|

| 2. CONTRACT (Proc. Inst. Ident.) NO. HT9402-14-D-0002 | 3. EFFECTIVE DATE 05/01/2014 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. 14-PHARX-0008 |
|---|---|---|

| 5. ISSUED BY | CODE HT9402 | 6. ADMINISTERED BY (If other than Item 5) | CODE HT9402 |
|---|---|---|---|
| DEPARTMENT OF DEFENSE<br>DEFENSE HEALTH AGENCY COD-AB<br>16401 E CENTRETECH PARKWAY<br>AURORA CO 80011-9066 | | DEPARTMENT OF DEFENSE<br>DEFENSE HEALTH AGENCY COD-AB<br>16401 E CENTRETECH PARKWAY<br>AURORA CO 80011-9066 | |

| 7. NAME AND ADDRESS OF CONTRACTOR (No., Street, City, Country, State and ZIP Code) | 8. DELIVERY |
|---|---|
| EXPRESS SCRIPTS INC<br>ATTN NANCY GILBRIDE<br>1 EXPRESS WAY<br>SAINT LOUIS MO 631211824 | ☐ FOB ORIGIN    ☒ OTHER (See below) |
| | 9. DISCOUNT FOR PROMPT PAYMENT<br>Net 30 |
| CODE 1WPW1      FACILITY CODE | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN — ITEM Section G |

| 11. SHIP TO/MARK FOR   CODE | 12. PAYMENT WILL BE MADE BY   CODE HT9402 |
|---|---|
| MULTIPLE LOCATIONS | DEFENSE HEALTH AGENCY<br>DEFENSE HEALTH AGENCY-AURORA<br>16401 E CENTRETECH PARKWAY<br>AURORA CO 80011-9066 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:<br>☐ 10 U.S.C. 2304 (c)( )    ☐ 41 U.S.C. 253 (c)( ) | 14. ACCOUNTING AND APPROPRIATION DATA<br>See schedule |
|---|---|

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |
| | | | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | $5,364,684,318.00 |

**16. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 109 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 30 | X | J | LIST OF ATTACHMENTS | 125 |
| X | D | PACKAGING AND MARKING | 77 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 78 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 79 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 82 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 96 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 2 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number HT9402-13-R-0001 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.)

| 19A. NAME AND TITLE OF SIGNER (Type or print)<br>Edward B. Ignaczak   EVP Sales & Marketing | 20A. NAME OF CONTRACTING OFFICER<br>Bruce Mitterer<br>bruce.mitterer@dha.mil    303.676.3813 |
|---|---|
| 19B. NAME OF CONTRACTOR<br>Express Scripts, Inc<br>BY [signature] | 19C. DATE SIGNED<br>4-21-14 | 20B. UNITED STATES OF AMERICA<br>BY [signature] | 20C. DATE SIGNED<br>4/23/14 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 26 (Rev. 5/2011)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

EXHIBIT B - Page 6

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

**C.1. Program Description**

**C.1.1.** TRICARE is the Department of Defense (DoD) health care program administered by the TRICARE Management Activity (TMA) (any reference to "TRICARE Management Activity" or "TMA" hereafter means "Defense Health Agency") by means of the Military Health System (MHS) for approximately 9.6 million active duty and retired members of the Uniformed Services (the U.S. Army, the U.S. Navy, the U.S. Air Force, the U.S. Marine Corps, the U. S. Coast Guard, the Commissioned Corps of the Public Health Service and the Commissioned Corps of the National Oceanic and Atmospheric Administration), their spouses and children, including TRICARE for Life beneficiaries entitled to Medicare Part A and Part B based on their age, disability and/or end-stage renal disease. Also eligible are Medal of Honor recipients. The TRICARE Pharmacy Program is authorized under 10 USC 1074g and 32 C.F.R. 199.21.

**C.1.2.** The mission of the MHS is to enhance DoD readiness and national security by providing health support for the full range of military operations. The MHS must be prepared not only to provide a high quality, cost-effective health care benefit to its eligible members during peacetime, but also must be prepared to support the armed forces during exercises, contingencies, operations other than war, and in wartime. The MHS provides quality medical care through: (1) a network of health care providers and pharmacies in the United States and its territories; and (2) direct care Military Treatment Facilities (MTFs) – (hospitals, health and dental clinics) in the United States and overseas. While the number and size of direct care facilities has declined in recent years, it remains important that MTFs are optimized in order to maintain the clinical skills of military clinical staff to support medical readiness. The direct care system cannot fully support the total demand for health care services; therefore, TRICARE uses the direct care system as the main delivery system, and through contracts, augments the direct care system through a civilian network of providers and facilities serving its eligible members.

**C.1.3.** TRICARE provides a world-class pharmacy benefit to all eligible beneficiaries through the integration of state of the art technologies to enhance patient safety, efficiency, and cost-effectiveness. DoD administers an integrated TRICARE Pharmacy Benefits Program offering pharmacy services through direct care pharmacy services at MTFs located at various military bases, retail network pharmacies, authorized retail non-network pharmacies, or delivery through the TRICARE Home Delivery/Mail Order Pharmacy (TMOP). Retail network pharmacy services are currently available in all 50 states and the District of Columbia, Guam, Puerto Rico, and the U.S. Virgin Islands.

**C.1.4.** Features of the pharmacy benefits program include the use of the DoD Uniform Formulary, a tiered cost sharing structure, and a preference for generic over branded products. The DoD formulary is managed by the DoD Pharmacy and Therapeutics (P&T) Committee and lists the pharmaceutical agents, by therapeutic classes, that are authorized as basic program benefits. Prescriptions for selected pharmaceutical agents may be subject to prior authorization or utilization review requirements to assure medical necessity, clinical appropriateness and/or cost-effectiveness. DoD has established tiered cost-sharing by which beneficiaries partially defray costs of administering the pharmacy benefits program. Cost-sharing amounts differ based on the classification of a pharmaceutical agent as generic, formulary, or non-formulary, in conjunction with the point of service from which the agent is acquired. The mail order and retail portions of this benefit are open to all eligible TRICARE beneficiaries. Eligible beneficiaries need not enroll in order to use the program(s).

**C.1.5.** The Contractor will perform pharmacy benefits management functions, including the following: perform claims adjudication, administer a retail pharmacy network, operate TMOP, provide clinical services for specialty pharmaceuticals, process direct member reimbursements for claims filled at retail network and non-network pharmacies, perform clinical reviews and provide beneficiary and pharmacy

HT9402-14-D-0002                                                30

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

**C.4.3.** The Government will provide quarterly beneficiary address updates, in accordance with the Memorandum of Understanding and Data Use Agreement between TMA and the Defense Manpower Data Center (DMDC).

**C.4.4.** The Government will provide the Contractor with a Managed Care Pricing File (MCPF), to be used for TMOP replenishment and for adjudicating MTF claims.

**C.4.5.** The Government will provide a quarterly data file with the names and addresses of newly eligible and newly retired beneficiaries for the Contractor's use in performing the mailings described under C.10.4.1.

**C.4.6.** The Government will provide a quarterly data file for beneficiary mailings related to formulary changes, described under C.10.4.3.

**C.4.7.** The Government will provide a monthly beneficiary zip code file identifying the number of beneficiaries residing in each zip code, for evaluating and reporting on compliance with network access standards.

**C.4.8.** The TMA Beneficiary Education & Support Division (BE&S) will design, develop, and print all beneficiary educational materials, including written materials, briefings, and other methods of publicizing the TRICARE benefit, excluding letters and other communication pieces required under this contract. The Government will provide an electronic portal where printed items can be ordered by the Contractor.

**C.4.9.** The Government will provide the PDTS Data Dictionary and Data Schema, as described under C.12.4.2.

**C.4.10.** Before the start of pharmacy services, the Government will provide (via previous contractors) batch files containing all retail, mail and MTF claims along with prior authorization and medical necessity determinations for the past two year period. The Government (via the outgoing contractor) will also provide an OHI data file.

**C.5. Requirement Documents**

**C.5.1.** Statutory and Regulatory Authority:
- 10 U.S.C. 1074g
- 32 C.F.R. 199
- 10 U.S.C. 1086
- 38 U.S.C. 8126

When changes are made to the above statutes or regulations, there will be no change to the contract unless implemented by contract modification.

**C.5.2.** The following documents are hereby incorporated by reference and made a part of Section C:

- TRICARE Operations Manual (TOM) 6010.56-M dated February 1, 2008, at change 117
- TRICARE Policy Manual (TPM) 6010.57-M dated February 1, 2008, at change 106
- TRICARE Reimbursement Manual (TRM) 6010.58-M dated February 1, 2008, at change 93
- TRICARE Systems Manual (TSM) 7950.2-M dated February 1, 2008 (except DIACAP guidance in Chapter 1, Section 1.1, P3.4 & 3.5.1-3.5.1.7), at change 56

HT9402-14-D-0002                                            32

EXHIBIT B - Page 8

Confidential/FOIA Exempt                                                                                        ESI_TRICARE_000000365

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

**C.7.1.9.** The Contractor shall pend prescriptions in lieu of rejecting early submissions and notify the beneficiary that the prescription has been pended with the next possible fill date.

**C.7.1.10.** The Contractor may offer automatic refills but shall exclude specific drugs from this service as determined by the P&T process.

**C.7.1.11.** Dispensed ingredients shall be priced on the TED record at the burdened unit price from the MCPF provided by the DLA-TS. See Section C.7.11 for more information.

**C.7.1.12.** The Contractor shall accommodate all special requirements in regards to handling, processing or shipping medications as recommended by the Food and Drug Administration (FDA) or manufacturer for products dispensed through TMOP.

**C.7.1.13. Mandatory Mail Pilot**

The Contractor shall support the mandatory mail pilot at the TMOP point of service in accordance with TOM Chapter 18, Section 16. The Contractor shall provide a Summary and Savings Report for this pilot (CDRL M250).

**C.7.1.13.1.** Under this pilot, TRICARE For Life (TFL) beneficiaries may only fill covered maintenance medications at TMOP or an MTF pharmacy. The Contractor will block refills, when dispensed at a retail network pharmacy, unless beneficiaries have received an approved one-time override or waiver from participation in the pilot. All medications covered under this pilot will be limited to a 30-day supply when dispensed at a retail network pharmacy.

**C.7.1.13.2.** The Contractor shall support exceptions to the mandatory mail policy, which may be authorized for the following situations:
- A personal need, hardship, emergency, or other special circumstance requires use of retail pharmacy, as determined using Contractor-developed, Government-reviewed criteria.
- A TFL beneficiary residing in a nursing home or other long term care facility may request a waiver under the personal need, hardship or other circumstances exception. Communication with the beneficiary, a relative or a caregiver is sufficient to establish residency in a nursing home. The Contractor shall apply the waiver in the patient profile which will allow a universal override for future retail dispensing.
- A medication is temporarily not available through TMOP.
- Prior Authorization has been approved for medication that requires frequent dose titration to achieve therapeutic levels.
- Prior Authorization has been approved for a beneficiary who is unable to have their medication delivered to their home.

The Contractor shall monitor and report the overrides granted under the pilot (CDRL M260).

**C.7.1.13.3.** The Contractor shall support the promotion of retail to mail order conversion assistance and customer service inquiries concerning the pilot, including identifying medications on a beneficiary's profile that are subject to this pilot and processing requested PAs and overrides.

**C.7.1.13.4.** The Contractor shall provide assistance to the beneficiary in transferring the prescription to TMOP or an MTF, based on the beneficiary's direction, as described under C.7.7.

**C.7.1.13.5.** When the Contractor processes a retail network pharmacy claim for a beneficiary subject to this pilot, the Contractor will communicate program information to the beneficiary. The Contractor shall send a letter to the beneficiary by the end of the following week after each of the two (2) potential courtesy refills. The letter shall be

HT9402-14-D-0002                                         41

Confidential/FOIA Exempt                                         ESI_TRICARE_000000374

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

**C.7.8. Prescription Transfers from MTF Pharmacies**

The Contractor shall support the electronic transfer of eligible prescriptions from specific MTF pharmacies identified in Attachment J-3 to TMOP, as described in the "Implementation Guide for Transferring Prescription Refills from the Military Treatment Facility (MTF) to the TMOP". Participation will be at the discretion of each individual MTF. At the start of pharmacy services, the Contractor shall support MTF to TMOP transfers from the six (6) pharmacies identified by the Government. For each participating MTF, the Contractor shall support connectivity testing, mapping of the drug file for medications designated by that MTF, and education of the MTF's beneficiary population. The Contractor shall also provide ongoing support to these MTFs to resolve any issues experienced in the transfer of prescriptions to TMOP, including monitoring unsuccessful transfers and determining the cause. Any prescription transfer requests for beneficiaries who have OHI will be rejected back to the MTF. The Contractor shall provide a report to the Government of all successful and rejected MTF transfers (CDRL M110).

**C.7.9. Specialty Pharmacy Services**

**C.7.9.1.** Specialty pharmaceuticals are high-cost injectable, infused, oral or inhaled drugs that are generally more complex to distribute, administer and monitor than traditional drugs. The Contractor shall provide specialty pharmaceuticals through the mail order and retail pharmacy venues. Through its operation of specialty pharmacy services, the Contractor shall maximize the extent to which beneficiaries obtain specialty pharmaceuticals from TMOP rather than from retail pharmacies.

**C.7.9.2.** DoD designates specialty mail order pharmacies in which the Contractor has ownership or a financial interest as extensions of the TMOP pharmacy. The Contractor shall identify to the Government specialty pharmacies designated as such and their locations. The Contractor shall notify the Government of any changes to this list. Prescriptions filled by TRICARE eligible beneficiaries at these extensions of the TMOP pharmacy will be subject to TMOP prescription processing requirements and MCPF pricing. All pharmaceutical agents and supplies, dispensed through TMOP or its designated extensions under this contract are subject to replenishment requirements outlined in Section C.7.11 of this contract. All replenishment orders will be placed through a centralized ordering process and delivered to TMOP.

**C.7.9.3.** The Contractor shall ensure that beneficiaries have access to pharmaceuticals that are subject to limited distribution channels established by the pharmaceutical manufacturer and/or the FDA. In cases where limited distribution items are dispensed by a specialty mail order outlet but are not available for replenishment by the NPV, the Contractor may request the Government's approval to process prescriptions for those NDCs as retail network claims. These NDCs will then be adjudicated as standard retail network claims and will not be replenished by the Government.

**C.7.9.4.** The Contractor shall provide a dedicated toll free number for beneficiaries and providers to call for assistance relating to specialty pharmaceuticals and services. Minimum hours of operation shall be 8 a.m. to 9 p.m. (Eastern Time), Monday through Friday. The Contractor shall provide a dedicated line for providers, either through a separate phone number or a provider option at the beginning of the automated phone menu.

**C.7.9.5. Specialty Clinical Services**

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

**C.7.9.5.1.** The Contractor shall provide clinical services in conjunction with all pharmaceuticals designated on the DoD clinical services drug list and dispensed through TMOP, including specialty pharmacies designated as DoD specialty mail order outlets. Final decisions of the Director, TMA regarding changes to the identification of pharmaceuticals subject to clinical services and change implementation dates are published in the quarterly DoD Pharmacy and Therapeutic Committee Minutes at http://pec.ha.osd.mil/pt_minutes.php. See TOM Chapter 23, Section 1 for information on drugs eligible for specialty care services.

**C.7.9.5.2.** The Contractor shall provide clinical support services to beneficiaries receiving designated medications through TMOP. These services shall include, but are not limited to:
- Optimizing therapeutic outcome by minimizing adverse clinical events, minimizing waste, and achieving a high level of beneficiary satisfaction.
- Conducting patient-centric adherence monitoring and member education initiatives.
    - Optimizing medication adherence (education, reminders, side-effect management) for specialty drug products with poor adherence rates or significant risks when used inappropriately.
- Provision of educational information and medication administration training through multiple mediums, such as verbal, written or online, to TRICARE beneficiaries receiving specialty drugs.
- Providing plan-specific clinical and outcomes reporting, including rates of transferring specialty pharmaceutical prescriptions from retail to TMOP.
- Providing specialty drug market analytics, and developing proactive cost and utilization management initiatives directed towards beneficiaries and prescribers.

**C.7.9.5.3.** All beneficiaries filling these medications through TMOP or a DoD specialty mail order pharmacy outlet are to be automatically enrolled to receive these clinical services. On a quarterly basis, the Contractor shall conduct a review for patients who have refused to participate in these clinical services. These beneficiaries shall be dis-enrolled from the clinical services.

**C.7.9.5.4.** The Contractor shall provide a report on the dispensing of specialty prescriptions and clinical services provided (Q060).

**C.7.10. Deployment Prescription Program (DPP)**

**C.7.10.1.** The Contractor shall manage all aspects of the TMOP registration and prescription process for deploying service members and provide comprehensive reporting allowing the Government to monitor the program (CDRL M060). Deployment prescriptions include all prescriptions for TRICARE eligible beneficiaries deployed in a theater of operation.

**C.7.10.2.** For beneficiaries deployed in theaters of operation, the Contractor shall provide notification by email or telephone, based on beneficiary preference, of prescriptions received, placed in pended status, and the anticipated processing date for each.

**C.7.10.3.** The Contractor shall receive prescriptions via standard mail, fax, or secure server from any Pre-Deployment Out-Processing Center or directly from the deployment location, hereafter referred to as the "Center". Upon receipt of a prescription for a deployed service member, the Contractor shall verify, adjudicate, and process the prescription in accordance with the procedures outlined below. DPP prescriptions may have additional restrictions, as stipulated at http://pec.ha.osd.mil/PMART/deployment.php.

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

clinical reviews performed. If additional information is received for a denied PA or MN within 14 calendar days of the initial denial, the reconsideration shall be considered part of the initial review and no change shall be made to a previously submitted TED for the revised PA or MN.

**C.9.1.5.** The Contractor shall send a letter to the beneficiary and prescriber providing notification of the clinical review decision. For denied clinical review determinations, the letter shall advise the beneficiary of their appeal rights. The initial notification shall contain sufficient information to enable the beneficiary or prescriber to understand the basis for the denial and shall state with specificity what services and supplies are being denied and for what reason (i.e., listing specific PA or MN criteria not met). The Contractor shall utilize best commercial practices for communicating these denials to minimize beneficiary confusion. An appeal of the Contractor's initial determination and any further appeals shall be processed in accordance with the TOM, Chapter 12.

**C.9.1.6.** The Contractor will also be responsible for providing the Government with information for use in P&T deliberations. The Contractor shall provide expertise and recommendations:
- For implementation of criteria prior to PA or MN implementation, based on best commercial practice; and
- For maintenance of the criteria over time (i.e., making appropriate recommendations for changes to the criteria if new clinical information becomes available after the implementation period).

The Contractor will propose changes to implementation processes or criteria, as they relate to TRICARE patients, and provide those proposed changes for Government review and concurrence. The Contractor will be responsible for developing the mechanism for reviews, subject to Government concurrence.

**C.9.1.7.** The Contractor shall perform PA determinations regarding off-label use of pharmaceuticals in accordance with the TPM, Chapter 8, Section 9.1.

**C.9.1.8.** The Contractor shall have the ability within its system to identify all beneficiaries with an existing PA or MN for specific medications, at the request of the Government. The Contractor shall have the ability to apply, shorten, extend, or remove a specific PA or MN for any identified patient or group of patients. The Contractor shall execute this process within 30 days of receiving a request from the Government.

**C.9.1.9.** The Contractor shall process clinical review requests and provide notification to the beneficiary and prescriber in a manner that meets the following minimum processing standards:
- [(b)(4)] of all clinical reviews shall be completed and notification sent within five (5) days of receipt of a properly completed request, measured monthly.
- 100% of all clinical reviews shall be completed and notification sent within ten (10) days of receipt of a properly completed request, measured monthly.

The Contractor shall provide reporting with clinical review volumes and processing times (CDRL Q090).

**C.9.1.10. Availability of Medications Non-Compliant with Federal Ceiling Price**

**C.9.1.10.1.** Retail network claims for covered drugs will be limited by the written pricing agreement requirements at 32 C.F.R. 199.21(q) (2). The P&T process will determine when covered drugs are unavailable through the retail network under this regulation and determine the criteria for preauthorization. These items and their respective implementation dates are published at http://pec.ha.osd.mil/pt_minutes.php.

HT9402-14-D-0002                                                52

EXHIBIT B - Page 12

Confidential/FOIA Exempt                                                                                              ESI_TRICARE_000000385

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

automated profile review will look back a minimum of 180 days, and up to 360 days for qualifying drugs. The Contractor's look back methodology shall have technical capabilities to be able to address a variety of potentially complex step edits, including but not limited to multiple steps.

### C.9.3. Safety Enhancement for Step Therapy

The Contractor will promote patient safety when the step therapy edit results in a prescription claim rejection. At a minimum, the Contractor shall ensure that the beneficiary and prescriber understand why a rejection has occurred and the available options and alternatives drugs, as applicable. The Contractor shall perform outreach to patients who encounter a rejection and subsequently do not fill a prescription for the medication or for a suitable alternative within four (4) days of encountering the rejection at retail and seven (7) days at TMOP. The Contractor shall provide outreach to all such patients for step therapy for drugs or classes designated by P&T within 14 days of the reject and provide reporting to the Government (CDRL Q220).

### C.9.4. Prescription Monitoring Initiatives

**C.9.4.1.** Under 32 C.F.R. 199.4, TRICARE may not cost share drugs to support or maintain a potential abuse situation. Prescription monitoring is a coordinated effort between TRICARE pharmacy and medical venues to identify beneficiaries who exhibit possible unsafe controlled medication usage and to restrict specific individuals to appropriate levels of utilization for their medical situation. The Contractor shall support prescription and utilization monitoring intended to identify potential abuse situations and restrict access to prevent further abuse. Two aspects of prescription monitoring include the Prescription Restriction Program, described under C.9.4.2, and MTF Restrictions, described under C.9.4.3.

### C.9.4.2. Prescription Restriction Program

**C.9.4.2.1.** The Contractor shall manage the Prescription Restriction Program in accordance with the requirements set forth in TPM, Chapter 8, Section 9.1, Paragraph 4.0 and TOM, Chapter 13, Section 2, Paragraph 4.4.7. The Contractor shall coordinate efforts to identify potential candidates with the three regional MCSCs and TMA Pharmacy Operations Center (TMA POC). While identifying potential candidates relies primarily on pharmacy generated reporting, the Contractor will accept candidate referrals from any source. The Contractor shall forward referrals to the appropriate medical venue for assessment of the candidate's medication use and other factors.

**C.9.4.2.2.** Forms are available for passing prescription and utilization management data at http://pec.ha.osd.mil/pdts/pdts_mtfs.php.

**C.9.4.2.3.** The Contractor shall generate a quarterly listing of the most likely candidates for restrictions based upon the number of controlled medications filled, the number of physicians prescribing controlled medications and the number of pharmacies that fill these prescriptions. The list will reflect the top [(b)(4)] candidates per MCSC region and will be provided to each MCSC and/or TMA POC for Active Duty personnel / beneficiaries enrolled to an MTF. The MCSCs or MTF will then review medical claims to determine if the amount and type of prescriptions reported are appropriate for the beneficiary's diagnosis.

**C.9.4.2.4.** Where the MCSC or MTF determines that a restriction is appropriate and notify the Contractor accordingly, the Contractor shall take one of the following actions for that beneficiary:
    1. Restrict the beneficiary to all drugs from a specific provider(s);

HT9402-14-D-0002                   54

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

ensure that the TMA POC toll free and DSN numbers are listed in the ProDUR warning and shall direct any requests for further information on the restriction to the TMA POC.

### C.9.5. Adherence Monitoring

Adherence to medication therapy is an important component of improving overall health outcomes. The Contractor shall implement processes to monitor, measure, report and improve prescription adherence. Initiatives include but are not limited to processes designed to increase patients' adherence to prescribed therapy, promote conversion to preferred formulary agents and to optimize drug therapy in selected populations/disease states.

### C.10. Beneficiary Services & Education

### C.10.1. Beneficiary Support Services

**C.10.1.1.** The Contractor shall offer beneficiary services, including a call center. The Contractor shall operate beneficiary services with personnel predominantly dedicated to this contract and shall respond to beneficiary inquiries 24 hours a day, 365 days a year, in accordance with the contract requirements and performance standards stated below. Through its beneficiary services operation, the Contractor shall provide accurate, complete and timely responses in a courteous manner to questions from beneficiaries about any aspect of the services provided under this contract. The Contractor shall use best commercial practices and technology that meet the needs of the MHS beneficiary in providing customer support and education resources, including mobile access and social media. The Contractor shall provide beneficiary services to all non-English speaking and hearing impaired beneficiaries. The Contractor's beneficiary service operation shall fully support beneficiary inquiries during the phase-in period beginning no later than 40 calendar days before the start of pharmacy services. The Contractor shall provide a data file of call center utilizers (CDRL Q070).

**C.10.1.2.** The Contractor shall offer toll free numbers in support of all the services provided under this contract, based on the requirements in Chapter 23, Section 4 and Chapter 11, Section 7 of the TOM. The Contractor shall provide the Government with a list of all telephone and fax numbers used in the support of this contract and shall provide updates when numbers are added or changed.

**C.10.1.3.** The Contractor shall provide beneficiaries with access to their own claims history for no less than 18 months after their TRICARE eligibility has ended.

**C.10.1.4.** When the Contractor cannot resolve a specific beneficiary issue related to care not covered under this contract, the Contractor shall facilitate the beneficiary's contact with the appropriate organization to seek additional guidance. This requirement includes, but is not limited to the following situations:
- The beneficiary's issue concerns eligibility status within DEERS and must be addressed by the DEERS Customer Support Office; or
- The beneficiary's issue concerns coverage administered by another TMA Contractor (e.g., the MCSCs for their region).

Based on the additional guidance, the Contractor will continue to work the issue until resolved or otherwise dispositioned.

HT9402-14-D-0002                                     56

EXHIBIT B - Page 14

Attch J-1                         Definitions and Acronyms

**Generic Drugs:** A generic drug is therapeutically equivalent to a brand name drug as determined by the FDA. A Branded Generic drug, which are drugs that are either novel dosage forms of off-patent products produced by a manufacturer that is not the originator of the molecule, or a molecule copy of an off-patent product with a brand name will be treated as generic drugs. In certain instances, a brand name drug may be designated as a generic drug as a result of a decision made by DoD's Pharmacy and Therapeutics Process (e.g. Nexium).

**Medical Necessity (MN):** A beneficiary request to receive a non-formulary medication at a formulary copay. Categorized as a type of Clinical Review under this contract. Medications that are not covered under the pharmacy benefit are addressed under the appeals process described in TOM, Chapter 12.

**Net Operating Time:** TPharm Operating Time minus unscheduled internal downtime, measured in minutes per calendar month. Based on the following metrics:
- Total Operating Time: 24 hours/7 days, measured in minutes per calendar month
- Available Operating Time: Total Operating time excluding scheduled downtime, both internal (contractor) and external (DEERS), measured in minutes per calendar month
- TPharm Operating Time: Available Operating Time minus external unscheduled downtime and outages, measured in minutes per calendar month

**Example:**

| Assumption | Calculation |
|---|---|
| 30 days in the month | Total Operating Time: *30 days x 24 hrs/day x 60 min/hr* = 43,200 minutes |
| Weekly scheduled maintenance window (concurrent internal and external downtime): <br> - Three occurrences of 1 hour <br> - One occurrence of 4 hours | Scheduled Downtime: *(1 hr x 60 mins x 3 occurrences) + (4 hours x 60 minutes x 1 occurrence) = 180 + 240* = 420 minutes <br><br> Available Operating Time: *Total Operating Time – Scheduled Downtime* <br> *43,200 – 420 - 45* = 42,780 minutes |
| One unscheduled external outage lasting 80 minutes | TPharm Operating Time: *Available Operating Time – Unscheduled External Downtime* <br> *= 42,780 – 80* = 42,700 minutes |
| Two unscheduled internal outages, lasting 20 minutes and 40 minutes, respectively | Net Operating Time = *TPharm Operating Time – Unscheduled Internal Downtime* <br> *= 42,700 – 20 – 40* = 42,640 minutes |
| System Availability: *Net Operating Time / TPharm Operating Time x 100* <br> *= (42,640/42,700) x 100* <br> = 99.86% | |

**Paper Claim:** Beneficiary submitted claim for reimbursement, also known as a direct member reimbursement (DMR) claim.

**Preauthorization:** Specific type of clinical review relating to the availability of certain medications through the retail pharmacy network under Federal Ceiling Price restrictions described under 32 C.F.R. 199.21(q)(2) and Section C.9.1.10 of this solicitation.

Confidential/FOIA Exempt                                                                                               ESI_TRICARE_000000460