# Exhibit C

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING C-9 | PAGE 1 | OF PAGES 379 |
|---|---|---|---|---|
| 2. CONTRACT NUMBER HT940221C0007 | 3. SOLICITATION NUMBER HT940220R0002 | 4. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 07/13/2020 | 6. REQUISITION/PURCHASE NUMBER 21-PHAR-0028 |

7. ISSUED BY   CODE  HT9402

DEFENSE HEALTH AGENCY
DEFENSE HEALTH AGENCY-AURORA
16401 E CENTRETECH PARKWAY
AURORA CO 80011

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and _copies as listed in Amendment 6 Paratraph 6 table_ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the depository located in _Mail Room, Defense Health Agnecy-Aurora- 16401 E Centretech Parkway, Aurora CO 80011_ until _1200 MTN_ local time _06/04/2021_
(Hour)                (Date)

CAUTION: LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME Dwight Bonham | B. TELEPHONE (NO COLLECT CALLS) AREA CODE 303  NUMBER 676-3731  EXT. | C. E-MAIL ADDRESS dwight.d.bonham.civ@mail.mil |
|---|---|---|---|

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 156 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 22 | X | J | LIST OF ATTACHMENTS | 171 |
| X | D | PACKAGING AND MARKING | 104 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 105 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 106 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 111 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 134 | | M | EVALUATION FACTORS FOR AWARD | |

**OFFER** (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232.8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. 0001-0005 | DATE 10/3/20 | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | 0006 | 5/11/21 | | |

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 1WPW1   FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|
| | Express Scripts, Inc.<br>1 Express Way<br>St. Louis, MO 63121 | Brad Phillips<br>Senior Vice President,<br>Financial Officer |

| 15B. TELEPHONE NUMBER AREA CODE (b) (6)  NUMBER (b) (6)  EXT. | 15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. | 17. SIGNATURE Brad Phillips digitial signature (Digitally signed by Brad Phillips digital signature) | 18. OFFER DATE 8/3/21 |
|---|---|---|---|

**AWARD** (To be completed by government)

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $4,286,902,274.40 | 21. ACCOUNTING AND APPROPRIATION 9720200130.1889.102000 | | |
|---|---|---|---|---|
| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) (   )   ☐ 41 U.S.C. 253 (c) (   ) | | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM | |
| 24. ADMINISTERED BY (If other than Item 7) See Schedule G | CODE HT9402 | 25. PAYMENT WILL BE MADE BY See Schedule G | CODE | HT9402 |
| 26. NAME OF CONTRACTING OFFICER (Type or print) Hilary Lewis   303 676-3812 HILARY.M.LEWIS.CIV@MAIL.MIL | | 27. UNITED STATES OF AMERICA *Hilary M Lewis* (Signature of Contracting Officer) Digitally signed by LEWIS.HILARY.MECKEL.1400473583 Date: 2021.08.05 10:12:49 -06'00' | | 28. AWARD DATE 20210805 |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (Rev. 9-97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

EXHIBIT C - Page 16

# SECTION C
# STATEMENT OF WORK

**C.1. Program Description**

TRICARE is the Department of Defense (DoD) health care program administered by the Defense Health Agency (DHA) by means of the Military Health System (MHS) for approximately 9.5 million active duty and retired members of the Uniformed Services, and their spouses and children, including TRICARE for Life beneficiaries. The TRICARE Pharmacy Program is authorized under 10 U.S.C. §1074g and 32 C.F.R. 199.21.

The mission of the MHS is to enhance DoD readiness and national security by providing health support for the full range of military operations. The MHS must be prepared not only to provide a high quality, cost-effective health care benefit to its eligible members during peacetime, but also must be prepared to support the armed forces during exercises, contingencies, operations other than war, and in wartime. The MHS provides quality medical care through: (1) a network of health care providers and pharmacies in the United States and its territories; and (2) direct care Military Treatment Facilities (MTFs) – (hospitals, clinics, and pharmacies) in the United States and overseas. The direct care system cannot support the total demand for health care services and is focused on maintaining the clinical skills of military staff to support medical readiness. TRICARE augments the direct care system through a civilian network of providers and facilities serving its eligible members.

TRICARE provides a world-class pharmacy benefit to all eligible beneficiaries through the integration of state of the art technologies to enhance patient safety, efficiency, and cost-effectiveness. DoD administers an integrated TRICARE Pharmacy Benefits Program offering pharmacy services through MTFs, retail network pharmacies, retail non-network pharmacies, or delivery through the TRICARE Mail Order Pharmacy (TMOP). Retail network pharmacy services are currently available in all 50 states and the District of Columbia, Guam, Puerto Rico, and the U.S. Virgin Islands.

Features of the pharmacy benefits program include the use of the DoD Uniform Formulary, a tiered cost sharing structure, and a preference for generic over branded products. The DoD formulary is managed by the DoD Pharmacy and Therapeutics (P&T) Committee, which establishes the basic program benefits. Prescriptions for selected pharmaceutical agents may be subject to prior authorization (PA) or utilization review requirements to assure Medical Necessity (MN), clinical appropriateness, and/or cost-effectiveness. DoD has established tiered cost-sharing by which beneficiaries partially defray costs of administering the pharmacy benefits program. Cost-sharing amounts differ based on the classification of a pharmaceutical agent as generic, formulary, or non-formulary, in conjunction with the Point of Service (POS) from which the agent is acquired. The mail order and retail portions of this benefit are open to all eligible TRICARE beneficiaries.

Pharmacy benefits management functions under this contract include the following: perform claims adjudication, administer a retail pharmacy network, operate TMOP, process reimbursements for claims filled at retail network and non-network pharmacies, perform clinical reviews, and provide beneficiary and pharmacy support services. The Contractor shall transmit all claim information to the Government's designated Pharmacy Data Warehouse (PDW).

## SECTION C
## STATEMENT OF WORK

**C.1.3.7.** The DHA Communications will design, develop, and print beneficiary educational materials, including written materials, briefings, and other methods of publicizing the TRICARE benefit, excluding letters and other communication pieces required under this contract. The Government will provide an electronic portal where printed items can be ordered by the Contractor.

**C.1.3.8.** The Government will provide the PDW Data Dictionary and Data Schema, as described under C.11.8.

**C.1.3.9.** Before the start of pharmacy services, the Government will provide (via previous contractors) batch files containing all retail, mail, and MTF claims along with Prior Authorization (PA) and MN determinations for the past two year period. The Government (via the outgoing contractor) will also provide an Other Health Insurance (OHI) data file.

**C.1.4.** Requirements Documents

**C.1.4.1.**  Statutory and Regulatory Authority
- 10 U.S.C. §1074g Pharmacy Benefits Program
- 32 C.F.R. 199 Civilian Health and Medical Program of the Uniform Services (CHAMPUS)
- 10 U.S.C. §1086 Contracts for Health Benefits for Certain Members, Former Members, and Their Dependents
- 38 U.S.C. §8126 Limitation on Prices of Drugs Procured by Department and Certain other Federal Agencies

When changes are made to the above statutes or regulations, they are automatically incorporated into the contract requirements.

**C.1.4.2.** TRICARE Manuals.

**C.1.4.2.1.** The Contractor shall utilize the current version of the TRICARE Manuals T-2017, published at Attachment J-3, line 11. The manuals are applicable in their entirety.

**C.1.4.2.2.** The Contractor shall routinely review proposed, pending, and published manual changes and discuss concerns with the Contracting Officer Representative (COR).

**C.1.4.2.3.** When a new manual change is pending publication (identified with a change number and date), the COR and Contractor shall coordinate to confirm the applicability of a change to the contract.

**C.1.4.2.3.1.** To the extent practicable, for those manual changes that apply to the contract, the Government and Contractor will negotiate in good faith a bilateral agreement incorporating the change into the contract. This in no way precludes the Government's exercise of its rights to execute unilateral change orders as circumstances may require.

**C.1.4.2.3.2.** Those manual changes that do not apply to the contract will be incorporated into the contract as part of the next modification to incorporate an applicable change (i.e. Manual Changes 1-4 that do not apply will be incorporated at the same time as Manual Change 5, which does apply).

SECTION C
STATEMENT OF WORK

- Federal Ceiling Price (FCP) Non-Compliant Retail Exclusions
- Non-Formulary Drugs
- PA
- Step-Therapy Drugs
- Self-Administered Injectables
- Smoking Cessation Drugs
- Specialty Drugs
- Covered Vaccines
- Non-covered Drugs
- Quantity Limit (QL) Restrictions
- Age restrictions

**C.3. Retail Prescriptions**

**C.3.1.** Retail Prescription Claims

**C.3.1.1.** The Contractor shall accept and process all claims for pharmaceutical agents and supplies covered under the TRICARE pharmacy benefit, and purchased from a licensed pharmacy in the 50 United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Northern Mariana Islands, American Samoa and Guam.

**C.3.1.2.** The Contractor shall limit retail claims for covered drugs under 10 U.S.C. §1074g, 32 C.F.R. 199.21, and other applicable regulations. Network pharmacies may submit claims for covered supply items using the National Drug Code (NDC) numbers assigned to them. Reimbursement of retail pharmacy claims will be made in accordance with G.3.6.2.

**C.3.1.3.** When access to specific drugs at retail pharmacies is restricted under the law, the Contractor shall facilitate either a change in the beneficiary's current prescription to an approved pharmaceutical or supply, or shift the beneficiary's prescription to TMOP. Covered drugs that are restricted at retail and their respective implementation dates are published at in DoD P&T Committee Meeting Minutes (Attachment J-3, Line 1).

**C.3.1.4.** When claims are received for covered drugs furnished in geographical locations not covered under this contract, the Contractor shall forward them to the TRICARE Contractor responsible for processing claims for those locations as specified in the TOM, Chapter 8, Section 2.

**C.3.1.5.** The Contractor shall complete real-time, online Coordination of Benefits (COB) in accordance with National Council of Prescription Drug Program (NCPDP_ D.0 standards (or most current version) for those claims filled in retail network pharmacies where OHI has been identified, to include Medicare Part D claims. The Government will provide the COB and Medicare Part D billing transaction segments to include the required values. The Contractor is required to track Medicare Part D True Out-Of-Pocket expenses (TROOP) and total drug expenditures for each TRICARE beneficiary who is also enrolled in Medicare Part D. The Contractor shall provide this information to the Centers for Medicare & Medicaid Services (CMS) designated TROOP facilitator.

**C.3.1.6.** The Contractor shall reimburse claims in accordance with the TRM, Chapter 4.

SECTION C
STATEMENT OF WORK

**C.6.1.19.** The Contractor will use best commercial practices to maximize generic substitution, including attempts to convert Dispense as Written (DAW) prescriptions. TMOP prescriptions dispensed shall adhere to the Government's mandatory generic policy.

**C.6.1.20.** Upon receipt of a DAW prescription for a brand name product for which a generic equivalent is available, the Contractor shall contact the prescriber to change the prescription to a generic equivalent.

**C.6.1.20.1.** If the prescriber refuses to switch, the Contractor shall process the prescription according to government-approved PA criteria, as described in C.8.

**C.6.1.20.2.** If the prior authorization is denied, the Contractor shall cancel and/or return the prescription to the beneficiary.

**C.6.1.20.3.** If the Contractor cannot contact the prescriber, the Contractor shall notify the beneficiary per C.6.1.15.

**C.6.1.21.** For all denied mail order prescriptions, the Contractor shall provide notification to the beneficiary explaining why the order was denied and detailing the beneficiary's appeal rights.

**C.6.1.22.** At the direction of the COR, the Contractor may dispense brand in lieu of generic in instances where the brand is the lowest cost available on the medical pricing catalog, provided by the Defense Logistics Agency Troop Support (DLA-TS), for replenishment.

**C.6.1.23.** The Contractor may offer automatic refills but shall exclude specific agents from this service as determined by the P&T process.

**C.6.1.23.1.** The automatic refill program shall allow beneficiaries to opt in for agents appropriate for automatic refill.

**C.6.1.23.2.** The Contractor shall present opt-in and opt-out options in a way that is clear and easy to understand and make their selection on all web-based tools and other beneficiary-facing communications. Confirmation will be sent to the beneficiary upon selection via the beneficiary's preferred electronic means.

**C.6.1.23.3.** The Contractor shall notify beneficiaries when a prescription is eligible for an automatic refill. The Contractor shall only fill the prescription after ████████ (b) (4) ████████

**C.6.1.23.4.** The Contractor shall not dispense prescriptions exceeding 450 days' supply over the course of any 365 day period unless an override is deemed appropriate per C.8.10.

**C.6.1.23.5.** When a prescription expires, the Contractor shall contact the beneficiary to authorize outreach to the prescriber to renew the prescription and get confirmation from the beneficiary to continue enrollment of that prescription into the automatic refill program.

**C.6.1.23.6.** When a drug is removed from the automatic refill program, the Contractor shall notify the beneficiary per C.9.3.

SECTION C
STATEMENT OF WORK

**C.8.7.15.2.** 100% of all clinical reviews shall be completed and notification sent within 10 days of receipt of a properly completed request, measured monthly.

**C.8.7.16.** The Contractor shall provide reporting on clinical review volumes and processing times (CDRL Q010). Electronic Prior Authorizations (ePA) (see C.11.15.9) shall be tracked and reported separately from non-electronic reviews. Appeals data will also be tracked and reported separately.

**C.8.7.17.** At the Government's request, the Contractor shall provide ad hoc reporting to retrieve PA and MN data extracts by drug or drug class with sufficient detail to determine specific outcomes (approval or denial) for each PA transaction. The report shall detail decision pathways and specific criteria which lead to approvals and denials. The report shall provide percent approved or denied via a given pathway over a specified time period. All data extracts must be in CSV or Microsoft Excel® format.

**C.8.8.** Availability of Medications Non-Compliant with Federal Ceiling Price

**C.8.8.1.** The Contractor shall limit retail network claims for covered drugs based on written pricing agreement requirements at 32 C.F.R. 199.21(q) (2). The P&T process will determine when covered drugs are unavailable through the retail network under this regulation and determine the criteria for preauthorization. These items and their respective implementation dates are published on the DoD P&T Committee website (Attachment J-3, Line 1).

**C.8.8.2.** Beginning on the published implementation date, access to these medications in the retail pharmacy network shall be restricted in accordance with TPM, Chapter 8, Section 9.1. The Contractor shall block all dispensing of the selected drug in the retail network, except when a preauthorization has been approved.

**C.8.8.3.** As the Government restricts access to a non-compliant covered drug, the Contractor shall notify beneficiaries with active prescriptions, describing the new restriction and providing information on how to change the current prescription to either an approved agent or move to TMOP (See C.9.3.3). The beneficiary may also submit a request for preauthorization, which shall be considered a type of clinical review and processed under the requirements in C.8.1.

**C.8.9.** Clinical Reviews for Dispensing Brand over Generic. The Contractor shall perform PAs using Contractor-developed, Government-reviewed criteria to determine when there is a clinical justification to use a brand name drug in lieu of a generic equivalent. The Contractor's criteria and documentation of clinical basis for criteria will be made available to the COR, for initial approval and concurrence, not less than 120 days prior to the start of pharmacy services. Once initial criteria are approved, the Contractor may only make changes to the criteria upon the Government's review and concurrence.

**C.8.10.** Administrative and Automated Overrides. The Contractor shall perform administrative and automated reviews. These edits do not require the same level of effort as clinical reviews and shall not be considered as such. These edits include but are not limited to automated overrides for age limit and gender restrictions for beneficiaries who meet the criteria, automated profile reviews, as well as quantity limit overrides for vacations, deployments, or medication dosage

SECTION J
ATTACHMENT J-1 – Definitions

properties from the parent drug, for example, an immediate release preparation subsequently FDA-approved as a sustained release or extended release formulation, available from the same manufacturer as the parent drug.  The line extension definition is outlined in the May 2014 and November 2016 DoD P&T Committee minutes.

**Medical Necessity (MN):** A  request to demonstrate medical need for a Non-Formulary medication. If approved at retail or mail order, the  beneficiary will  receive a non-formulary medication at the appropriate tier formulary copay. At the MTF, an approval will allow access to the medication. MNs are categorized as a type of Clinical Review under this contract.

**Non-formulary (NF) agent: A higher** cost-share tier of agents based on reduced relative clinical effectiveness and cost effectiveness compared to other agents.  Cost-share may be reduced with an approved Medical Necessity.  These agents are generally not available at MTFs without a Medical Necessity.

**Non-preferred agent:** Generally agents that require an approved prior authorization or prior history of a preferred agent.  Non-formulary agents are usually considered non-preferred.

**Non-replenishable (non-replenished):** Medications or supplies that are not available from the National Prime Vendor (NPV) to replace contractor's stock dispensed for a TRICARE prescription, due to limited distribution or NPV contract limitations  This is not the same as "Unreplenishable."

**Not covered:** Agent in a therapeutic class determined by the DoD P&T Committee as not to have a significant, clinically meaningful therapeutic advantage in terms of safety, effectiveness, or clinical outcome over other pharmaceutical agents (32 CFR 199.21(a)(3)(ii)).  Also includes items not covered under the pharmacy benefit (eg, cosmetic).  Not covered agents are not available for cost-share.

**Paper Claim:** A non-electronic claim request for reimbursement, usually by the beneficiary (also known as a direct member reimbursement (DMR) claim), but can also be by the pharmacy.  See TOM Chapter 23, Section 3 for additional information.

**Possible Breach:** An incident where the possibility of unauthorized access is suspected (or should be suspected) and has not been ruled out. For example, if a laptop containing PII/PHI is lost, and the contractor does not initially know whether or not the PII/PHI was encrypted, then the incident must initially be classified as a possible breach, because it is impossible to rule out the possibility of unauthorized access to the PII/PHI. In contrast, that possibility can be ruled out immediately, and a possible breach has not occurred, when misdirected postal mail is returned unopened in its original packaging. However, if the intended recipient informs the contractor that an expected package has not been received, then a possible. A possible breach is breach exists until and unless the unopened package is returned to the contractor.

**Preauthorization:**  Specific type of clinical review relating to the availability of certain medications through the retail pharmacy network under Federal Ceiling Price restrictions described under 32 C.F.R. 199.21(q)(2).

**Preferred agent:** Agents which generally do not require a prior authorization or prior history of use.

**Prior Authorization (PA):** See TOM, Appendix A.