# Exhibit D



# DoD: Mail-order meds program may waste money

**By Patricia Kime**
pkime@militarytimes.com

A Pentagon report says the contractor that manages Tricare's pharmacy benefit may be wasting money by continuing to ship drugs to beneficiaries who no longer need them or dispensing 90-day, instead of 30-day, prescriptions.

The report by the Defense Department Inspector General found that Tricare's Mail Order Pharmacy program costs the government and beneficiaries less money than retail stores. But the IG also noted it had no data on how much medicine is wasted by the program, managed by Express Scripts.

The National Community Pharmacy Association says that information is needed to know whether the home delivery system saves money. And beneficiaries with up to a year's worth of drugs piled in medicine cabinets and linen closets are wondering, as well.

"They ship 90-day supplies after 60 days. By the time I get 12 months into this, I have a nine-month supply of drugs. And I don't dare stop the medications because they'll never get it started again," said retired Air Force Master Sgt. Wayne Stanfield, 70, of South Boston, Va.

Other problems noted by retirees using the Tricare Mail Order Program, or TMOP, include miscommunications with Express Scripts, mix-ups that have left beneficiaries without vital medications and some drugs being out of stock.

The IG found that between April and June 2012, TMOP saved the Pentagon nearly 17 percent over Tricare's retail pharmacy option: $399 million versus nearly $466 million at retail stores, according to the Pentagon.

But the analysis did not include such items as contract costs and administrative overhead associated with mail order or retail prescriptions — or data on waste.

Stanfield received four prescriptions by mail, and his wife receives 10. They reluctantly switched to mail order in 2012 when their copayments through retail pharmacies increased to $5 for generics and $12 for brand names.

At first, the refills ran smoothly, Stanfield said. But in early 2013, Express Scripts changed its website customer interface and made it "nearly impossible to reach the company," he said. Emails arrive in his inbox informing him a prescription needs to be renewed, but don't specify the drug's name or the beneficiary. Phone messages are left on his voice mail, also without any names or specific details.

"Why is there this push to make it mandatory when the program is broken? Someone needs to look at Express Scripts. They are making a fortune off the government, and there are a tremendous amount of retirees who are getting chewed up by the system," Stanfield said.

At press time, Express Scripts had not responded to questions submitted by email or to a telephone request for an interview.

Within the next year, Tricare For Life beneficiaries will be required to try TMOP for long-term maintenance drugs for at least a year.

According to the Pentagon, Tricare for Life beneficiaries make up 22 percent of the Tricare population but account for 53 percent of Tricare's yearly pharmacy costs. Public Health Service Rear Adm. Thomas McGinnis, Tricare's pharmacy chief, said the mandatory mail order policy could save DoD at least $200 million a year.

Retirees, however, continue to question the math and the program. Retired Navy Chief Petty Officer Donald Shafer, of Wasilla, Alaska, said he sometimes receives notices that Express Scripts is out of stock of his medicine.

"I'm forced to purchase the drugs locally at a much higher price," Shafer said. "What happens when Express Scripts is the only option? I agree long-term maintenance drugs can be obtained through Express Scripts, but only after they get their act together."

A 2012 survey by the Military Officers Association of America found that 75 percent of respondents — active or retired troops or family members — said they tried Tricare's home delivery. Of those, 92 percent said they were "mostly or very satisfied."

A review of Tricare data showed that in 2011, the average cost to the Defense Department of a mail-order prescription was $101.90, versus $72.96 at a retail pharmacy.

A Tricare official said Dec. 5 that Defense Health Agency officials are developing a plan to help Tricare For Life beneficiaries transfer their prescriptions when the program becomes mandatory.

He said a date has not yet been set for the start of the program. ☐

www.armytimes.com