# Exhibit E

# *State Of Delaware*

Entity Details

12/12/2022  11:34:38AM

| | |
|---|---|
| File Number: | 7441441 |
| Entity Name: | 3729, LLC |
| Entity Kind: | Limited Liability Company |
| Residency: | Domestic |
| Status: | Good Standing |

| | |
|---|---|
| Incorporation Date / Formation Date: | 5/29/2019 |
| Entity Type: | General |
| State: | DELAWARE |
| Status Date: | 5/29/2019 |

**Registered Agent Information**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| State: | DE |
| Phone: | 302-658-7581 |
| Country: | |
| Postal Code: | 19801 |

**Tax Information**

| | |
|---|---|
| Last AnnualReport Filed: | 0 |
| Annual Tax Assessment: | $300 |
| Tax Due: | $ 0 |
| Total Authorized Shares: | |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 5/29/2019 | 1:17 PM | 5/29/2019 |

EXHIBIT E - Page 24