David J. Chizewer (*pro hac vice*, IL Bar No. 6206747)
Roger A. Lewis (*pro hac vice*, IL Bar No. 6229704))
Benjamin W. Chertok (*pro hac vice pending*, IL Bar No. 6335682)
GOLDBERG KOHN LTD.
55 East Monroe Street – Suite 3300
Chicago, Illinois 60603
(312) 201-4000
david.chizewer@goldbergkohn.com
roger.lewis@goldbergkohn.com
benjamin.chertok@goldbergkohn.com

Ross H. Hyslop (CSB #149358)
PESTOTNIK LLP
501 West Broadway – Suite 1025
San Diego, California 92101
(619) 237-3000
hyslop@pestotnik.com

*Counsel for Plaintiff-Relator*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**THE UNITED STATES OF AMERICA,** *ex rel.* **3729, LLC,**

Plaintiff-Relator,

vs.

**EXPRESS SCRIPTS HOLDING COMPANY and EXPRESS SCRIPTS, INC.**

Defendants.

**Case No. 3:19-cv-01199-TWR-WVG**

**PLAINTIFF-RELATOR 3729, LLC'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE**

*Filed concurrently with Plaintiff-Relator's Response in Opposition to Motion to Dismiss*

**Date:** **March 2, 2023**
**Time:** **1:30 p.m.**
**Location:** **Courtroom 3A, 3rd Floor**
**Edward J. Schwartz**
**United States Courthouse**
**221 W Broadway**
**San Diego, CA 92101**

Hon. Todd W. Robinson

Complaint Filed: June 26, 2019

PLEASE TAKE NOTICE that Plaintiff-Relator 3729, LLC ("Relator") hereby requests the Court to take judicial notice of and/or incorporate by reference the following documents in support of its Response in Opposition to Motion to Dismiss.

## I. THE COURT SHOULD GRANT RELATOR'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE

Relator requests that the Court take judicial notice of and/or incorporate by reference the documents attached hereto. For the same reasons set forth in Defendants' Request for Judicial Notice and Incorporation by Reference ("Defendants' Request"), to which Relator has no objection, the documents attached hereto are subject to judicial notice and incorporation by reference. *See* ECF No. 55-2.

Each document, in fact, is a supplemental set of excerpts from the same contract exhibits that Defendants' included in Defendants' Request, at Exhs. A and B, that will assist the Court to gain a more complete understanding of those contracts. (Defendants have offered to provide complete, non-excerpted copies should this Court request that they do so.) As such, these exhibits are also submitted under Federal Rule of Evidence 106, under the "rule of completeness." *See U.S. v. Collicott*, 92 F.3d 973, 982–983 (9th Cir. 1996) ("'[W]hen one party has made use of a portion of a document, such that misunderstanding or distortion can be averted only through presentation of another portion, the material required for completeness is *ipso facto* relevant and therefore admissible.'") (quoting *Beech Aircraft Corp. v. Rainey*, 488 U.S. 153, 172, 109 S.Ct. 439, 451 (1988)).

## II. DESCRIPTION OF DOCUMENTS

1. Attached to this declaration as Exhibit A is a true and correct copy of excerpts of the TRICARE Pharmacy Program Services Contract (TPharm4) with effective date May 1, 2014. Defendants previously sought

judicial notice and incorporation of other excerpts from the same contract, *see* Defendants' Request at Exh. B, to which Relator has no objection.

2. Attached to this declaration as Exhibit B is a true and correct copy of excerpts of the TRICARE Pharmacy Program Services Contract (TPharm2) with effective date June 27, 2008. Defendants previously sought judicial notice and incorporation of other excerpts from the same contract, *see* Defendants' Request at Exh. A, to which Relator has no objection.

## III. CONCLUSION

Relator respectfully requests that the Court take judicial notice of and/or incorporate by reference Exhibits A and B attached hereto in support of Relator's Response in Opposition to Motion to Dismiss.

Dated: January 20, 2023

Respectfully submitted,

By: /s/ Roger A. Lewis
Roger A. Lewis

David J. Chizewer (PHV)
Roger A. Lewis (PHV)
Benjamin W. Chertok (pending PHV)
GOLDBERG KOHN LTD.
55 East Monroe Street – Suite 3300
Chicago, Illinois 60603
(312) 201-4000
david.chizewer@goldbergkohn.com
roger.lewis@goldbergkohn.com
benjamin.chertok@goldbergkohn.com

Ross H. Hyslop (CSB #149358)
PESTOTNIK LLP
501 West Broadway – Suite 1025
San Diego, California 92101
(619) 237-3000
hyslop@pestotnik.com

*Counsel for Plaintiff-Relator 3729, LLC*

## INDEX OF EXHIBITS

**Page**

Exhibit A - Award/Contract dated May 1, 2014, excerpts....................................001

Exhibit B - Award/Contract dated June 27, 2008, excerpts..................................004