# EXHIBIT A

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) — RATING: C-9 — PAGE 1 OF PAGES 125

2. CONTRACT (Proc. Inst. Ident.) NO.: HT9402-14-D-0002

3. EFFECTIVE DATE: 05/01/2014

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: 14-PHARX-0008

5. ISSUED BY — CODE: HT9402

DEPARTMENT OF DEFENSE
DEFENSE HEALTH AGENCY COD-AB
16401 E CENTRETECH PARKWAY
AURORA CO 80011-9066

6. ADMINISTERED BY (If other than Item 5) — CODE: HT9402

DEPARTMENT OF DEFENSE
DEFENSE HEALTH AGENCY COD-AB
16401 E CENTRETECH PARKWAY
AURORA CO 80011-9066

7. NAME AND ADDRESS OF CONTRACTOR (No., Street, City, Country, State and ZIP Code)

EXPRESS SCRIPTS INC
ATTN NANCY GILBRIDE
1 EXPRESS WAY
SAINT LOUIS MO 631211824

CODE: 1WPW1 — FACILITY CODE:

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT: Net 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN — ITEM: Section G

11. SHIP TO/MARK FOR — CODE:

MULTIPLE LOCATIONS

12. PAYMENT WILL BE MADE BY — CODE: HT9402

DEFENSE HEALTH AGENCY
DEFENSE HEALTH AGENCY-AURORA
16401 E CENTRETECH PARKWAY
AURORA CO 80011-9066

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304 (c) ( ) ☐ 41 U.S.C. 253 (c) ( )

14. ACCOUNTING AND APPROPRIATION DATA: See schedule

| 15A. ITEM NO | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | Continued | | | | |

15G. TOTAL AMOUNT OF CONTRACT: $5,364,684,318.00

16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 109 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 30 | X | J | LIST OF ATTACHMENTS | 125 |
| X | D | PACKAGING AND MARKING | 77 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 78 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 79 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 82 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 96 | | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 2 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ SEALED-BID AWARD (Contractor is not required to sign this document.) Your bid on Solicitation Number HT9402-13-R-0001 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.)

19A. NAME AND TITLE OF SIGNER (Type or print): Edward B. Ignaczak EVP Sales & Marketing

20A. NAME OF CONTRACTING OFFICER: Bruce Mitterer 303.676.3812 bruce.mitterer@dha.mil

19B. NAME OF CONTRACTOR: Express Scripts, Inc
BY [signature] (Signature of person authorized to sign)

19C. DATE SIGNED: 4-21-14

20B. UNITED STATES OF AMERICA
BY [signature: Bruce Mitterer] (Signature of the Contracting Officer)

20C. DATE SIGNED: 4/23/14

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 26 (Rev. 5/2011)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

**C.7.3.6.** For all pharmaceutical agents returned to the MOP, the TED record will be adjusted or cancelled as necessary to properly reflect co-payment, administrative fee, and replenishment. The TED adjustment/cancellation must maintain an accurate clinical record on PDTS.

**C.7.4. Partial Shipments.**

When directed by the Government, the Contractor shall dispense partial shipments of certain medications designated by the Government if the days' supply called for on the prescription exceeds 30 days. The full copayment will be collected on the first partial shipment. Subsequent partial shipments will have no copayment assessed until the full quantity of the prescription has been dispensed or until the prescription has expired. The Contractor shall document the receipt of the copay and all subsequent shipments covered by that copayment and provide reporting to the Government (CDRL Q150). The clinical record shall accurately reflect all partial dispensing.

**C.7.5. Compounded Medications**

Before dispensing any compounded medication through TMOP, the Contractor shall verify that all supplies and ingredients required to prepare the compound are available for replenishment from the National Prime Vendor (NPV), as described in C.7.11. In the event that any required products are not available, the Contractor may return the prescription to the beneficiary.

**C.7.6. Error Reporting**

The Contractor shall provide a report on all TMOP defects and errors (CDRL Q050). For purposes of this report, the Government defines a medical error according to the National Coordinating Council for Medication Error Reporting & Prevention (NCC-MERP): "Any preventable event that may cause or lead to inappropriate medication use or patient harm while the medication is in the control of the health care professional, patient or consumer." Examples include, but are not limited to:

- Lost or damaged prescriptions reported upon receipt, resulting in delay in processing and/or increased difficulty in transcription;
- Prescriptions entered into the incorrect patient's profile, transcribing the wrong drug or dose, or directions (sig), into the patient's profiles;
- Failing to correctly enter all elements of a prescription, e.g., refills, such that the patient may not correctly receive the correct duration of therapy; or events that may trigger an allergy or drug-drug interaction, dosed incorrectly, wrong quantity transcribed, etc.; or
- Incorrect quantity dispensed, broken medications, label, bottle or packing defects, improper storage or shipping.

**C.7.7. Prescription Conversions from Retail**

**C.7.7.1.** At the beneficiary's authorization, the Contractor shall contact the prescriber to obtain a new prescription to be filled by the TMOP or the MTF pharmacy designated by the beneficiary. The Contractor shall offer both points of service as an option to the beneficiary to transfer their medications.

**C.7.7.2.** The Contractor shall provide reporting on the number of transfers requested and completed (CDRL Q140).

SECTION C
DESCRIPTION / SPECIFICATION / STATEMENT OF WORK

**C.11.5.1.2.** The Contractor will submit a monthly report showing audit findings, status of all claims in research, outcomes of completed research, and status of offsets or recoupments (CDRL M120).

**C.11.5.2. Fraud and Abuse Monitoring**

**C.11.5.2.1.** The Contractor shall develop a Monitoring and Auditing Work plan that meets the requirements established in TOM, Chapter 13. The plan will also include the audits described below.

- Desktop Audits
- Inappropriate billing practices. Inappropriate billing practices at the pharmacy level occur when pharmacies engage in the following:
  - Incorrectly billing for secondary payers to receive increased reimbursement.
  - Billing for NDCs that were not dispensed.
  - Billing for incorrect quantity or days supply.
  - Billing for non-existent prescriptions.
  - Billing multiple payers for the same prescriptions, except as required for coordination of benefit transactions.
  - Billing for brand when generics are dispensed.
  - Billing for prescriptions that are never picked up (i.e., not reversing claims that are processed when prescriptions are filled but never picked up).
  - Inappropriate use of DAW codes.
  - Prescription splitting to receive additional dispensing fees.
  - Drug diversion.

**C.11.5.2.2.** Notwithstanding TOM, Chapter 13, Section 1, Paragraph 1.4.1, as a result of its fraud and monitoring efforts, the Contractor shall refer to TMA Program Integrity a minimum of six (6) cases, Each case will involve a loss of $75,000 or greater per case to the Government without patient harm, or any case involving patient harm. The Contractor shall provide a Fraud and Abuse Summary Report on the activities outlined in this Section and TOM, Chapter 13 (CDRL Q210).

**C.12. Information Technology**

The Contractor shall maintain an interface control document (ICD) for all system interfaces (CDRL A090). The document shall be provided to the Government prior to the start of benchmark testing during implementation and updated as necessary to reflect any changes, including to the design of the benefit. The Contractor shall provide the Government with a current version of this document upon request.

**C.12.1. Continuity of Operations Plan**

The Contractor shall develop a Continuity of Operations Plan (COOP) in accordance with the TSM, Chapter 1, Section 1.1 (CDRL A050). The plan shall be written to meet all performance standards established in this contract. The COOP shall be delivered to the Government prior to the start of option period one. The plan shall be reviewed annually and an updated version provided to the Government at the start of each subsequent option period. The disaster recovery plan established in the COOP shall also be tested and results provided to the Government in accordance with the requirements established in the TSM (CDRL A060).

**C.12.2. Contractor Claims Data**



Confidential/FOIA Exempt ESI_TRICARE_000000397