# EXHIBIT B

# AWARD / CONTRACT

1. This Contract is a rated order under DPAS 9 (15 CFR 700) | Rating C9 | Page 1 | of Pages 85

2. Contract (Proc., Inst., Ident.) No. H9400208C0003

3. Effective Date Jun 27, 2008

4. Requisition / Purchase Request / Project No. See Schedule

5. Issued By Code H94002
DEPARTMENT OF DEFENSE
TRICARE MANAGEMENT ACTIVITY/AM&S
16401 E. CENTRETECH PARKWAY
AURORA, CO 80011-9066
CHARLES R. BROWN K25 303-676-3652
None

6. Administered By (if other than item) Code CMB
DEPARTMENT OF DEFENSE
TRICARE MANAGEMENT ACTIVITY/CMB
16401 E. CENTRETECH PKWY
AURORA, CO 80011-9066

7. Name and address of Contractor (No., Street, City, state and Zip Code)
EXPRESS SCRIPTS, INC.
ONE EXPRESS WAY
ST LOUIS MO 63121

Vendor ID: 00000276
DUNS: 173490459
CEC:
Cage Code: 1WPW1
TIN: 431420563

Code | Facility Code

8. Delivery ☐ FOB Origin ☐ Other (See below)

9. Discount for prompt payment Net 30

10. SUBMIT INVOICES (4 copies unless otherwise specified) Address shown in: Item

11. Ship To / Mark For Code H94002
DEPARTMENT OF DEFENSE
TRICARE MANAGEMENT ACTIVITY/AM&S
16401 E. CENTRETECH PARKWAY
AURORA, CO 80011-9066

12. Payment will be made by Code CRM
DEPARTMENT OF DEFENSE
TRICARE MANAGEMENT ACTIVITY (CRM)
16401 E. CENTRETECH PARKWAY
AURORA, CO 80011-9066

13. Authority for using other than full and open competition
☐ 10 U.S.C 2304C)( ) ☐ 41 U.S.C. 253 (C)( )

14. Accounting and Appropriation Data
See Section G.99

| 15A ITEM NO. | 15B SUPPLIES/SERVICES | 15C QUANTITY | 15D UNIT | 15E UNIT PRICE | 15F AMOUNT |
|---|---|---|---|---|---|
| | This Contract is for TRICARE Pharmacy Program Services (TPharm). The Total Estimated Value of Awarded CLINs, Including Base Period and All Un-exercised Options (including Highest Phase-Out) is $2,789,723,926. Excludes Pharmaceutical Costs. | | | | |

15G. TOTAL AMOUNT OF CONTRACT $

16. Table of Contents


| (x) | Sec. | Description | Pages | (x) | Sec. | Description | Pages |
|---|---|---|---|---|---|---|---|
| | | **Part I – The Schedule** | | | | **Part II – Contract Clauses** | |
| X | A | Solicitation/Contract | 1-1 | X | I | Contracts Clauses | 77-84 |
| X | B | Supplies or Services and Prices/Cost | 2-22 | | | **Part III –List of Documents, Exhibits and other attach.** | |
| X | C | Description/Specs/Work Statement | 23-43 | X | J | List of Attachments | 85-85 |
| X | D | Packaging and Marking | 44-44 | | | **Part IV – Representations and Instructions** | |
| X | E | Inspection and Acceptance | 45-45 | X | K | Representations, Certifications and other statements of Offerors | |
| X | F | Deliveries or Performance | 46-51 | | | | |
| X | G | Contract Administration Data | 52-64 | X | L | Instrs., Conds, and Notices to Offerors | |
| X | H | Special Contract Requirements | 65-76 | X | M | Evaluation factors for Award | |


Contracting Officer will complete item 17 or 18 as applicable

17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligation of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attached are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document.) Your offer on Solicitation number including the additions or changes made by you which additions or changes are set forth above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. Name and Title of Signer (*Type or Print*)
Edward B. Ignaczak
Executive VP Sales & Marketing
Express Scripts

20A. Name of Contracting Officer
CHARLES R. BROWN 303-676-3652

19B. Name of Contractor
By [signature]
(Signature of person authorized to sign)

19C. Date Signed 6/30/2008

20B. United States of America
By [signature]
(Signature of Contracting Officer)

20C. Date Signed JUL 1 2008

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA – FAR (48 CFR) 53.214 (a)

days of the meeting between TMA/C&CS and the contractor. The content of the MOU will be coordinated with the Contracting Officer's Representative prior to execution.

**C.5.12.4.** The contractor shall participate in the TRICARE Marketing and Education Oversight Committee (MEC) meetings as a non-voting member. The role of the MEC is to support the achievements of a uniform image and consistency in the provision of TRICARE program information. The MEC includes representatives from TMA, the Services, Regional Directors, and TRICARE contractors. The contractor shall provide one representative for attendance and participation in MEC meetings held quarterly in the DC area. Meetings may, at the contractor's option, be attended via teleconference, video telecommunications, or in person.

**C.5.13. Management.** The contractor shall ensure that its staff and subcontractors (if any) are thoroughly trained and knowledgeable regarding the requirements of this contract. The contractor shall provide to the Contracting Officer an updated management organization chart identifying key personnel at contract award and at the time of any change of key personnel or management structure.

**C.5.14. Contract Review Requirements.**

**C.5.14.1.** The contractor shall support Government claims review requirements and efforts in accordance with Section H.3.

**C.5.14.2.** The contractor shall develop a Monitoring and Auditing Work plan that includes, but is not limited to:

Implementation of an effective method for fraud, waste and abuse prevention and detection utilizing an automated data analysis tool (TOM Chapter 13). Examples of audits that shall be included, but are not limited to, are:

Inappropriate billing practices: Inappropriate billing practices at the pharmacy level occur when pharmacies engage in the following types of billing practices:

- Incorrectly billing for secondary payers to receive increased reimbursement.
- Billing for NDCs that were not dispensed.
- Billing for incorrect quantity or days supply.
- Billing for non-existent prescriptions.
- Billing multiple payers for the same prescriptions, except as required for coordination of benefit transactions.
- Billing for brand when generics are dispensed.
- Billing for prescriptions that are never picked up (i.e., not reversing claims that are processed when prescriptions are filled but never picked up).
- Inappropriate use of dispense as written ("DAW") codes.
- Prescription splitting to receive additional dispensing fees.
- Drug diversion.

Data analysis should include the comparison of claim information against other data (e.g., provider, drug provided, diagnoses, or beneficiaries) to identify potential errors and/or potential fraud. An automated review of 100% of all new claims will be accomplished daily.

Data analysis shall include but are not limited to:

- Establish baseline data to enable TRICARE to recognize unusual trends, changes in drug utilization over time, physician referral or prescription patterns, and plan formulary composition over time;
- Analyze claims data to identify potential errors, inaccurate TrOOP accounting, and provider billing practices and services that pose the greatest risk for potential fraud, waste and abuse to the TRICARE program;

- Identify items or services that are being over utilized;
- Identify problem areas within the plan such as enrollment, finance, or data submission;
- Identify problem areas at the pharmacy and pharmacist level and at the prescriber level; and
- Use findings to determine where there is a need for a change in policy.

**C.5.14.3.** The contractor shall provide to the Government (or its designee) all claims data for retail and mail order pharmacy services, on a monthly basis, in accordance with F.3.3.12. Discrepancies identified by the Government shall be subject to contractor desktop or on-site audits at the direction of the Government. In addition to any contractor initiated on-site audits for which TRICARE is the primary focus of the audit, the Government may direct up to 50 on-site audits per option year.

**C.5.14.4.** The contractor will perform all necessary research and will resolve all discrepancies for each claim identified under C.5.15.2 or C.5.14.3 within 60 days from date the claim is identified. The contractor shall perform offsets or recoupments of any identified discrepancies in accordance with TOM Chap 10.

**C.5.14.5.** On the 15th of each month, the contractor will submit a report, in accordance with F.3.3.16. to include audit findings, status of all claims in research, outcomes of completed research, and status of offsets or recoupments.

**C.5.14.6.** The Government will withhold the pharmaceutical cost, dispensing fees and administrative fees, from future administrative fee payments, for any research not completed and resolved within 60 calendar days. The withhold will apply to the specific claims, identified by either party, that caused the audit to be initiated.

**C.5.15. Beneficiary Service.**

**C.5.15.1.** The contractor shall operate a beneficiary service program that provides accurate, complete and timely responses in a courteous manner to questions from beneficiaries about the TRICARE retail, mail order, specialty pharmacy services, paper claims processing, prior authorizations, medical necessity determinations and any other aspect of the TRICARE Pharmacy Program. The contractor shall operate the beneficiary service program with personnel predominantly dedicated to the TRICARE Pharmacy Program.

**C.5.15.1.1.** The contractor shall provide domestic toll free telephone number(s) for beneficiaries throughout the 50 United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Northern Mariana Islands, American Samoa and Guam to contact the beneficiary service program. The contractor shall also provide commercial toll-free telephone service for the following OCONUS locations in support of the MOP: Germany, the United Kingdom, Italy, Turkey, Japan, and South Korea.

[redacted]

**C.5.15.1.3.** When the contractor cannot resolve a specific issue which is unrelated to a functional requirement under this contract, the contractor will provide the caller with the telephone number of the appropriate organization (e.g., TRICARE Management Activity, other designated Government office, etc.) and then transfer the caller to that organization. The contractor's representative shall remain on the line until the call is properly transferred to the appropriate organization.

**C.5.15.1.4.** The contractor's Automated Response Unit (ARU) shall have an option for beneficiaries to check the status of their MOP and specialty pharmaceutical prescription orders. The ARU initial menu shall also allow beneficiaries the option of being immediately transferred to a Customer Service Representative.

**C.5.15.1.5.** The contractor shall provide beneficiary services to all non-English speaking and hearing impaired beneficiaries.