Roger A. Lewis (admitted *pro hac vice*,
IL Bar No. 6229704)
David J. Chizewer (admitted *pro hac vice*,
IL Bar No. 6206747)
GOLDBERG KOHN LTD.
55 East Monroe Street – Suite 3300
Chicago, Illinois 60603
(312) 201-4000
roger.lewis@goldbergkohn.com
david.chizewer@goldbergkohn.com

Ross H. Hyslop (CSB #149358)
PESTOTNIK LLP
501 West Broadway – Suite 1025
San Diego, California 92101
(619) 237-3000
hyslop@pestotnik.com

*Counsel for Plaintiff-Relator*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* 3729, LLC,<br><br>Plaintiff-Relator,<br><br>vs.<br><br>EXPRESS SCRIPTS HOLDING COMPANY, ET AL.<br><br>Defendants. | Case No. 3:19-cv-01199-TWR-WVG<br><br>**DECLARATION OF WAYNE T. LAMPREY IN SUPPORT OF PLAINTIFF-RELATOR 3729, LLC'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>**Date: March 2, 2023**<br>**Time: 1:30 p.m.**<br>**Location: Courtroom 3A, 3rd Floor Edward J. Schwartz United States Courthouse 221 W Broadway San Diego, CA 92101**<br><br>Hon. Todd W. Robinson<br><br>Complaint Filed: June 26, 2019 |

I, Wayne T. Lamprey, hereby declare as follows:

1. I am an attorney licensed to practice law before all courts in the State of California. I am a partner with Constantine Cannon LLP, and served

as counsel for the Relator 3729, LLC herein ("Relator") from before the initiation of the case, through the filing of the Complaint, and until Relator's new counsel from Goldberg Kohn Ltd. appeared in the case in October 2022, at which time we withdrew our appearances. I know the matters stated herein of my own personal knowledge and, if called upon to testify, would competently testify as set forth herein.

2. Relator, before filing its Complaint, voluntarily disclosed to the United States the information on which its allegations are based.

3. Specifically, I and other members of the Constantine Cannon team representing Relator had several pre-filing meetings, by phone or in person, with representatives of the United States Department of Justice – specifically, the Civil Deputy Chief and other individuals within the United States Attorney Offices for the Southern District of California and the District of Columbia – during which we presented, discussed, and disclosed Relator's substantive allegations and supporting evidence.

4. Those meetings took place on March 21, 2019, April 1, 2019, April 3, 2019, and June 17, 2019, all prior to when we filed the Complaint in this matter on behalf of Relator, on June 26, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on January 19, 2023, at Sea Ranch, CA.

Wayne T. Lamprey