# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* 3729, LLC,<br>Plaintiff-Relator,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC.<br>Defendant. | **Case No: 19−cv−01199−TWR−MMP**<br><br>**Hon. Todd W. Robinson, U.S. District Judge**<br><br>**Hon. Michelle M. Pettit, U.S. Magistrate Judge**<br><br>**[PROPOSED] ORDER NOTIFYING UNITED STATES OF PROPOSED SETTLEMENT** |

WHEREFORE, the parties in this action, Plaintiff-Relator 3729, LLC ("Plaintiff-Relator") and Defendant Express Scripts, Inc. ("Defendant"), have reached a settlement in principle that is subject to final documentation;

WHEREFORE, the proposed settlement will require dismissal of the False Claims Act claim asserted by Plaintiff-Relator, which dismissal, pursuant to 31 U.S.C. § 3730(b), will require the written consent of the United States;

WHEREFORE, the Court is advised by counsel for the Plaintiff-Relator that: (1) the appropriate representatives from the United States Department of Justice ("DOJ"), who represent the United States' interests in this matter, have been informed of the proposed settlement; (2) DOJ has been provided drafts of the settlement documents; and (3) DOJ has begun the process of considering the settlement for consent by the United States;

WHEREFORE, the Court wishes to ensure that the United States is formally notified of the proposed settlement and its opportunity to consent or decline consent to same;

IT IS HEREBY ORDERED THAT THE FOLLOWING NOTIFICATION BE PROVIDED TO THE UNITED STATES BY THE PARTIES THROUGH SERVICE TO THE DESIGNATED DOJ REPRESENTATIVES IN THIS MATTER:

1. The parties to this action have reached a settlement in principle, subject to final documentation;

2. The settlement, once finalized, will require dismissal of this action;

3. Pursuant to 31 U.S.C. § 3730(b), the United States must consent, in writing, to dismissal of this action;

4. Accordingly, if the United States decides to consent to dismissal, it should prepare and file a written consent after the parties have filed their stipulation/motion to dismiss;

5. Or, if the United States elects not to consent to dismissal, it should prepare and file an objection to the settlement.

6. The Court will not rule on or grant a stipulation/motion to dismiss until the United States has been given the opportunity to be heard.

**IT IS SO ORDERED.**

Dated: October ____, 2026

HON. TODD W. ROBINSON
United States District Judge