UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* 3729, LLC,<br>Plaintiff and Relator,<br>v.<br>EXPRESS SCRIPTS HOLDING COMPANY and EXPRESS SCRIPTS, INC.;<br>Defendants. | Case No.: 19-CV-1199 TWR (MMP)<br>**ORDER NOTIFYING UNITED STATES OF PROPOSED SETTLEMENT**<br>(ECF No. 128) |

WHEREFORE, the parties in this action, Plaintiff-Relator 3729, LLC and Defendant Express Scripts, Inc. have reached a settlement in principle that is subject to final documentation;

WHEREFORE, the proposed settlement will require dismissal of the False Claims Act claim asserted by Plaintiff-Relator, which dismissal, pursuant to 31 U.S.C. § 3730(b), will require the written consent of the United States;

WHEREFORE, the Court is advised by counsel for the Plaintiff-Relator that: (1) the appropriate representatives from the United States Department of Justice ("DOJ"), who represent the United States' interests in this matter, have been informed of the proposed settlement; (2) DOJ has been provided drafts of the settlement documents; and (3) DOJ has

begun the process of considering the settlement for consent by the United States;

WHEREFORE, the Court wishes to ensure that the United States is formally notified of the proposed settlement and its opportunity to consent or decline consent to same;

IT IS HEREBY ORDERED THAT THE FOLLOWING NOTIFICATION BE PROVIDED TO THE UNITED STATES BY THE PARTIES THROUGH SERVICE TO THE DESIGNATED DOJ REPRESENTATIVES IN THIS MATTER:

1. The Parties to this action have reached a settlement in principle, subject to final documentation;

2. The settlement, once finalized, will require dismissal of this action;

3. Pursuant to 31 U.S.C. § 3730(b), the United States must consent, in writing, to dismissal of this action;

4. Accordingly, if the United States decides to consent to dismissal, it should prepare and file a written consent after the Parties have filed their stipulation/motion to dismiss;

5. Or, if the United States elects not to consent to dismissal, it should prepare and file an objection to the settlement; and

6. The Court will not rule on or grant a stipulation/motion to dismiss until the United States has been given the opportunity to be heard.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Honorable Todd W. Robinson
United States District Judge